## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SAIFULLAH KHAN,
     Plaintiff,

v.                                CASE NO. 3:19-CV-01966 (KAD)

YALE UNIVERSITY, PETER SALOVEY, JONATHON HALLOWAY,
MARVIN CHUN, JOE GORDON, DAVID POST, MARK SOLOMON,
ANN KUHLMAN, LYNN COOLEY, PAUL GENECIN, STEPHANIE SPANGLER,
SARAH DEMERS, JANE DOE, CAROLE GOLDBERG, UNKNOWN PERSONS,
     Defendants.

### JUDGMENT

This matter came on for consideration of the Defendants' Motion to Dismiss before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. On March 27, 2026, the Court issued a ruling granting the Motion in favor of the defendants. It is therefore;

ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of the Defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of March 2026.

DINAH MILTON KINNEY, Clerk
By /s/ Kristen Gould
Kristen Gould
Deputy Clerk

EOD: 3/30/2026