| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **To:** | CTD CMECF |
| **Subject:** | Activity in Case 3:19-cv-01966-KAD Khan v. Yale University et al Clerk"s Certificate re: Notice of Appeal |
| **Date:** | Thursday, April 2, 2026 9:07:53 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## District of Connecticut

## Notice of Electronic Filing

The following transaction was entered on 4/2/2026 at 9:06 AM EDT and filed on 4/2/2026

**Case Name:** Khan v. Yale University et al
**Case Number:** 3:19-cv-01966-KAD
**Filer:**
**WARNING: CASE CLOSED on 03/30/2026**
**Document Number:** 402

**Docket Text:**
**CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: [401] Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: None. (Limberti, L)**

**3:19-cv-01966-KAD Notice has been electronically mailed to:**

Patrick M. Noonan    pnoonan@carmodylaw.com, cdavis@carmodylaw.com, lleonard@carmodylaw.com

James M. Sconzo    jsconzo@carltonfields.com, DIalacci@carltonfields.com, mnolen@carltonfields.com

Giovanna T. Weller    gweller@carmodylaw.com, jperry@carmodylaw.com

Alexander T. Taubes    alextt@gmail.com

Brendan Gooley    bgooley@carltonfields.com, dialacci@carltonfields.com,

mnolen@carltonfields.com

Maria Laurato     mlaurato@carmodylaw.com, jperry@carmodylaw.com

**3:19-cv-01966-KAD Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=4/2/2026] [FileNumber=8667211-0]
[20b290dc08f6e030b41632751e4103b8306d6e163716d36d795fc44ee17e8901ff42
34cceb10db4a315311aa2a9cd6ad7ee99c37be8c907164fc71e8e9af0305]]

APPEAL,CLOSED,EFILE,MEG,MOTREF,REFDIS,STAYED
# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:19−cv−01966−KAD
### *Internal Use Only*

| | |
|---|---|
| Khan v. Yale University et al | Date Filed: 12/13/2019 |
| Assigned to: Judge Kari A. Dooley | Date Terminated: 03/30/2026 |
| Referred to: Judge Maria E. Garcia | Jury Demand: Plaintiff |
| Demand: $110,000,000 | Nature of Suit: 448 Civil Rights: Education |
| Cause: 42:1981 Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Saifullah Khan**                    represented by   **Kevin Murray Smith**
Pattis & Smith, LLC
383 Orange Street, First Floor
New Haven, CT 06511
203−393−3017
Fax: 203−393−9745
Email: kms@kevinsmithlaw.com
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario K. Cerame**
Aeton Law Partners
311 Centerpoint Drive
Middletown, CT 06457
860−724−2160
Fax: 860−724−2161
Email: mario@aetonlaw.com
*TERMINATED: 09/15/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman A. Pattis**
Pattis & Paz, LLC
171 Orange Street
2nd Floor
New Haven, CT 06510
203−393−3017
Fax: 203−393−9745
Email: npattis@pattispazlaw.com
*TERMINATED: 07/12/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander T. Taubes**
Alexander T. Taubes
470 James Street
Suite 007
New Haven, CT 06513
203−909−0048
Email: alextt@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Yale University**                    represented by   **Maria Laurato**
Carmody Torrance Sandak & Hennessey,
LLP

195 Church Street
P.O. Box 1950
New Haven, CT 06509
203–784–3157
Email: mlaurato@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick M. Noonan**
Carmody Torrance Sandak & Hennessey LLP
Concept Park
741 Boston Post Road
Ste 306
Guilford, CT 06437
203–458–9168
Fax: 203–458–4424
Email: pnoonan@carmodylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
Carmody Torrance Sendak & Hennessey, LLP – WTBY
50 Leavenworth St., PO Box 1110
Waterbury, CT 06721–1110
203–573–1200
Email: gweller@carmodylaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peter Salovey**                             represented by **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jonathon Halloway**                         represented by **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marvin Chun**                               represented by **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joe Gordon**                     represented by  **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Post**                     represented by  **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Solomon**                     represented by  **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ann Kuhlman**                     represented by  **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lynn Cooley**                          represented by  **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Genecin**                          represented by  **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephanie Spangler**                          represented by  **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sarah Demers**                          represented by  **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe**                          represented by  **Brendan Gooley**
Carlton Fields

One State Street
Ste 1800
Hartford, CT 06103
860–392–5036
Email: bgooley@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Sconzo**
Carlton Fields, P.C.
One State Street
Suite 1800
Hartford, CT 06103
860–392–5022
Fax: 860–392–5058
Email: jsconzo@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carole Goldberg**                   represented by **Patrick M. Noonan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giovanna T. Weller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Maria Laurato**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Persons**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2019 | 1 | COMPLAINT against All Defendants ( Filing fee $400 receipt number ACTDC–5590669.), filed by Saifullah Khan.(Pattis, Norman) (Entered: 12/13/2019) |
| 12/13/2019 | | Request for Clerk to issue summons as to All Defendants. (Pattis, Norman) (Entered: 12/13/2019) |
| 12/13/2019 | | Judge Alfred V. Covello added. (Walker, J.) (Entered: 12/13/2019) |
| 12/13/2019 | 2 | MOTION for Pemission to Litigate Against Jane Doe using a Pseudonym in Place of her Actual Name by Saifullah Khan.Responses due by 1/3/2020 (Pattis, Norman) Modified on 1/13/2020 (Gould, K.). (Entered: 12/13/2019) |
| 12/13/2019 | 3 | Order on Pretrial Deadlines: Amended Pleadings due by 2/11/2020. Discovery due by 6/13/2020. Dispositive Motions due by 7/18/2020. Signed by Clerk on 12/13/2019.(Bozek, M.) (Entered: 12/16/2019) |
| 12/13/2019 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Alfred V. Covello on 12/13/2019.(Bozek, M.) (Entered: 12/16/2019) |
| 12/16/2019 | 5 | NOTICE TO COUNSEL/SELF–REPRESENTED PARTIES : Counsel or self–represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 2 MOTION for Pemission to Litigate Against Jane Doe using a Pseudonym in Place of her Actual Name filed by Saifullah Khan, 1 Complaint filed by Saifullah Khan, 4 Electronic Filing Order, and 3 Order on Pretrial Deadlines. |

| | | |
|---|---|---|
| | | Signed by Clerk on 12/16/2019.(Bozek, M.) (Entered: 12/16/2019) |
| 12/16/2019 | 6 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Marvin Chun, Lynn Cooley, Sarah Demers, Jane Doe, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Unknown Persons, Yale University* with answer to complaint due within *21* days. Attorney *Norman A. Pattis* *The Pattis Law Firm, LLC* *383 Orange St., First Floor* *New Haven, CT 06511*. (Bozek, M.) (Entered: 12/16/2019) |
| 12/16/2019 | 7 | MOTION for Permission to Litigate Claims Against Jane Doe using a Pseudonym in Place of her Actual Name – EXHIBIT by Saifullah Khan re 2 MOTION for Pemission to Litigate Against Jane Doe using a Pseudonym in Place of her Actual Name . (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Pattis, Norman) Modified on 12/18/2019 to change to motion event/relief (Bozek, M.). (Entered: 12/16/2019) |
| 12/18/2019 | 8 | WAIVER OF SERVICE Returned Executed as to Paul Genecin waiver sent on 12/18/2019, answer due 2/16/2020; David Post waiver sent on 12/18/2019, answer due 2/16/2020; Yale University waiver sent on 12/18/2019, answer due 2/16/2020; Sarah Demers waiver sent on 12/18/2019, answer due 2/16/2020; Joe Gordon waiver sent on 12/18/2019, answer due 2/16/2020; Peter Salovey waiver sent on 12/18/2019, answer due 2/16/2020; Ann Kuhlman waiver sent on 12/18/2019, answer due 2/16/2020; Stephanie Spangler waiver sent on 12/18/2019, answer due 2/16/2020; Carole Goldberg waiver sent on 12/18/2019, answer due 2/16/2020; Mark Solomon waiver sent on 12/18/2019, answer due 2/16/2020; Jonathon Halloway waiver sent on 12/18/2019, answer due 2/16/2020; Lynn Cooley waiver sent on 12/18/2019, answer due 2/16/2020; Marvin Chun waiver sent on 12/18/2019, answer due 2/16/2020 filed by Saifullah Khan. (Pattis, Norman) (Entered: 12/18/2019) |
| 01/02/2020 | 9 | Memorandum in Support re 2 MOTION for Pemission to Litigate Against Jane Doe using a Pseudonym in Place of her Actual Name , 7 MOTION to Proceed in Fictitious Name filed by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University. (Noonan, Patrick) (Entered: 01/02/2020) |
| 01/03/2020 | 10 | NOTICE of Appearance by Patrick M. Noonan on behalf of Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University (Noonan, Patrick) (Entered: 01/03/2020) |
| 01/08/2020 | 11 | ORDER OF TRANSFER. Case reassigned to Judge Kari A. Dooley for all further proceedings. Signed by Judge Alfred V. Covello on 1/8/2020.(Bozek, M.) (Entered: 01/09/2020) |
| 01/10/2020 | 12 | ORDER granting 7 Motion for Permission to Litigate Claims Against Jane Doe Using a Pseudonym in Place of Her Actual Name without prejudice. Based upon consideration of the inherently sensitive and personal nature of the issues raised in this litigation, the parties' acknowledgment of the Defendant Yale University's applicable policies concerning confidentiality, the risk of harm and the absence of prejudice to the litigants, the lack of an alternative procedure for maintaining Jane Doe's confidentiality, and other relevant factors, *see Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189–90 (2d Cir. 2008), the Court grants the motion to proceed by way of a pseudonym. The motion is granted without prejudice insofar as Jane Doe has not yet appeared in this action. Signed by Judge Kari A. Dooley on 1/10/2020. (Cahill, Leslie) (Entered: 01/10/2020) |
| 01/24/2020 | 13 | WAIVER OF SERVICE Returned Executed as to Jane Doe waiver sent on 1/9/2020, answer due 3/9/2020 filed by Saifullah Khan. (Pattis, Norman) (Entered: 01/24/2020) |
| 01/24/2020 | 14 | NOTICE of Appearance by James M. Sconzo on behalf of Jane Doe (Sconzo, James) (Entered: 01/24/2020) |
| 01/24/2020 | 15 | NOTICE of Appearance by Brendan Gooley on behalf of Jane Doe (Gooley, Brendan) (Entered: 01/24/2020) |

| 02/03/2020 | 16 | REPORT of Rule 26(f) Planning Meeting. (Noonan, Patrick) (Entered: 02/03/2020) |
|---|---|---|
| 02/05/2020 | 17 | Order on Pretrial Deadlines. The Court has reviewed the Parties' 16 Rule 26(f) Report. It is Approved, Adopted, and So Ordered, except that the Parties' Joint Trial Memorandum shall be filed in accordance with the deadlines and procedures set forth below.<br><br>Pursuant to Local Rule 16(b), the Court orders as follows: The Plaintiff shall move to amend the pleadings or move to join additional parties by **February 24, 2020.** The Defendants shall move to join additional parties by **February 24, 2020** and shall respond to the complaint by **March 24, 2020.** Discovery shall be completed by **February 26, 2021.** Dispositive motions, if any (see Local Rule 56(c)), shall be filed by **March 30, 2021.** The Joint Trial Memorandum shall comport with this Court's standing order, which will be separately docketed. The date for filing the Joint Trial Memorandum required by this Court's standing order shall be set by the Court after the close of discovery.<br><br>A telephonic status conference is scheduled for **March 5, 2021 at 10:00 A.M.**<br><br>Signed by Judge Kari A. Dooley on 2/5/2020. (Cahill, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | | Set Deadlines/Hearings:<br>Motion to Amend Pleadings due by 2/24/2020.<br>Discovery due by 2/26/2021.<br>Dispositive Motions due by 3/30/2021.<br>Telephonic Status Conference set for 3/5/2021 at 10:00 AM before Judge Kari A. Dooley.<br>Answer Deadlines Updated for All Defendants. Responsive pleading due 3/24/2020. (Cahill, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | 18 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Telephonic Status Conference set for 3/5/2021 at 10:00 AM before Judge Kari A. Dooley. Conference Line: (888) 278–0296; Access Code: 80–77–899. (Cahill, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | 19 | STANDING ORDER ON JOINT TRIAL MEMORANDUM attached.<br>Signed by Judge Kari A. Dooley on 2/5/2020. (Cahill, Leslie) (Entered: 02/05/2020) |
| 03/04/2020 | 20 | NOTICE of Appearance by Kevin Murray Smith on behalf of Saifullah Khan (Smith, Kevin) (Entered: 03/04/2020) |
| 03/18/2020 | 21 | Consent MOTION for Extension of Time until April 7, 2020 to Respond to Plaintiff's Complaint by Jane Doe. (Gooley, Brendan) (Entered: 03/18/2020) |
| 03/18/2020 | 22 | ORDER granting 21 Motion for Extension of Time. Signed by Judge Kari A. Dooley on 3/18/2020. (Cahill, Leslie) (Entered: 03/18/2020) |
| 03/18/2020 | | Reset Answer Deadlines for all Defendants: Responsive Pleading due 4/7/2020 (Cahill, Leslie) (Entered: 03/18/2020) |
| 04/03/2020 | 23 | Second MOTION for Extension of Time until April 28, 2020 to Respond to Plaintiff's Complaint by Jane Doe. (Gooley, Brendan) (Entered: 04/03/2020) |
| 04/06/2020 | 24 | ORDER granting 23 Motion for Extension of Time. Signed by Judge Kari A. Dooley on 4/6/2020. (Cahill, Leslie) (Entered: 04/06/2020) |
| 04/06/2020 | | Reset Answer Deadlines for all Defendants: Responsive Pleading due 4/28/2020 (Cahill, Leslie) (Entered: 04/06/2020) |
| 04/24/2020 | 25 | ANSWER to 1 Complaint by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University.(Noonan, Patrick) (Entered: 04/24/2020) |
| 04/28/2020 | 26 | MOTION to Dismiss by Jane Doe.Responses due by 5/19/2020 (Sconzo, James) (Entered: 04/28/2020) |

| 04/28/2020 | 27 | Memorandum in Support re 26 MOTION to Dismiss filed by Jane Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Affidavit Declaration of Brendan Gooley)(Sconzo, James) (Entered: 04/28/2020) |
|---|---|---|
| 05/12/2020 | 28 | First MOTION for Extension of Time to File Response/Reply *Unopposed* as to 26 MOTION to Dismiss until June 2, 2020 by Saifullah Khan. (Pattis, Norman) (Entered: 05/12/2020) |
| 05/12/2020 | 29 | ORDER granting 28 Motion for Extension of Time to File Response/Reply. Plaintiff's response is due on or before 6/2/2020. Signed by Judge Kari A. Dooley on 5/12/2020. (Cahill, Leslie) (Entered: 05/12/2020) |
| 05/12/2020 | 30 | Reset Deadline as to 26 MOTION to Dismiss . Response due by 6/2/2020. (Gould, K.) (Entered: 05/13/2020) |
| 06/02/2020 | 31 | Memorandum in Opposition *To Jane Doe's* re 26 MOTION to Dismiss filed by Saifullah Khan. (Pattis, Norman) (Entered: 06/02/2020) |
| 06/11/2020 | 32 | MOTION for Extension of Time until June 23, 2020 to file a Reply Memorandum of Law in Further Support of Motion to Dismiss by Jane Doe. (Gooley, Brendan) (Entered: 06/11/2020) |
| 06/12/2020 | 33 | ORDER granting 32 Motion for Extension of Time. Defendant's reply brief is due on or before June 23, 2020. Signed by Judge Kari A. Dooley on 6/12/2020. (Cahill, Leslie) (Entered: 06/12/2020) |
| 06/22/2020 | 34 | MOTION for Extension of Time until June 30, 2020 to file a Reply Memorandum of Law in Further Support of Motion to Dismiss by Jane Doe. (Gooley, Brendan) (Entered: 06/22/2020) |
| 06/22/2020 | 35 | ORDER granting 34 Motion for Extension of Time. Defendant's reply brief is due on or before June 30, 2020. Signed by Judge Kari A. Dooley on 6/22/2020. (Cahill, Leslie) (Entered: 06/22/2020) |
| 06/30/2020 | 36 | REPLY to Response to 26 MOTION to Dismiss filed by Jane Doe. (Sconzo, James) (Entered: 06/30/2020) |
| 10/07/2020 | 37 | MOTION for Extension of Time until 11/06/20 Discovery by Marvin Chun, Lynn Cooley, Sarah Demers, Jane Doe, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Unknown Persons, Yale University. (Noonan, Patrick) (Entered: 10/07/2020) |
| 10/08/2020 | 38 | ORDER granting on consent 37 Motion for Extension of Time. Signed by Judge Kari A. Dooley on 10/8/2020. (Cahill, Leslie) (Entered: 10/08/2020) |
| 12/23/2020 | 39 | Joint MOTION for Extension of Time – – Modification of the Scheduling Order by Jane Doe. (Sconzo, James) (Entered: 12/23/2020) |
| 01/07/2021 | 40 | ORDER granting 26 Motion to Dismiss, for the reasons stated in the attached Memorandum of Decision. Signed by Judge Kari A. Dooley on 1/7/2021. (Cahill, Leslie) (Entered: 01/07/2021) |
| 01/07/2021 | 41 | ORDER. The parties shall appear for a telephonic scheduling conference to address their joint 39 motion to modify the Scheduling Order on 1/21/2021 at 10:00 A.M. Signed by Judge Kari A. Dooley on 1/7/2021. (Cahill, Leslie) (Entered: 01/07/2021) |
| 01/07/2021 | 42 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Scheduling Conference set for 1/21/2021 at 10:00 AM before Judge Kari A. Dooley. Conference Line: (888) 278–0296; Access Code: 80–77–899. (Cahill, Leslie) (Entered: 01/07/2021) |
| 01/14/2021 | 43 | NOTICE OF APPEAL as to 40 Order on Motion to Dismiss by Saifullah Khan. Filing fee $ 505, receipt number ACTDC–6328789. (Pattis, Norman) (Entered: 01/14/2021) |
| 01/15/2021 | 44 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 43 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the |

| | | |
|---|---|---|
| | | exception of any manually filed documents as noted below. Robin D. Tabora, Clerk. Documents manually filed not included in this transmission: none (Fanelle, N.) (Entered: 01/15/2021) |
| 01/21/2021 | 45 | Minute Entry for proceedings held before Judge Kari A. Dooley: Telephonic Scheduling Conference held on 1/21/2021. Total Time: 17 minutes(Court Reporter Tracy Gow.) (Gould, K.) (Entered: 01/22/2021) |
| 01/26/2021 | 46 | MOTION for Entry of Judgment under Rule 54(b) *in accordance with the Court's order in Dkt. 40* by Saifullah Khan. (Pattis, Norman) (Entered: 01/26/2021) |
| 02/05/2021 | 47 | ORDER granting 46 Motion for Entry of Judgment under Rule 54(b) and staying proceedings pending resolution of the Plaintiff's appeal. See attached Order. The Clerk of the Court is directed to enter a Judgment, pursuant to Rule 54(b), in favor of the Defendant Jane Doe. Signed by Judge Kari A. Dooley on 2/5/2021. (Cahill, Leslie) (Entered: 02/05/2021) |
| 02/05/2021 | 48 | ORDER finding as moot 39 Motion for Extension of Time. Signed by Judge Kari A. Dooley on 2/5/2021. (Cahill, Leslie) (Entered: 02/05/2021) |
| 02/09/2021 | 49 | PARTIAL JUDGMENT entered in favor of Jane Doe against Saifullah Khan.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all−forms/appeals_forms Signed by Clerk on 2/09/2021.(Gould, K.) (Entered: 02/09/2021) |
| 02/10/2021 | 50 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 43 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Robin D. Tabora, Clerk. Documents manually filed not included in this transmission: none (Fanelle, N.) (Entered: 02/10/2021) |
| 02/16/2021 | 51 | ORDER. In light of the stay of the proceedings pending resolution of the Plaintiff's appeal, the telephonic status conference scheduled for March 5, 2021 at 10:00 A.M. is canceled. Signed by Judge Kari A. Dooley on 2/16/2021. (Cahill, Leslie) (Entered: 02/16/2021) |
| 09/01/2021 | 52 | Joint STATUS REPORT by Yale University. (Noonan, Patrick) (Entered: 09/01/2021) |
| 12/01/2021 | 53 | Joint STATUS REPORT by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Unknown Persons. (Noonan, Patrick) (Entered: 12/01/2021) |
| 03/01/2022 | 54 | Joint STATUS REPORT by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Unknown Persons, Yale University. (Noonan, Patrick) (Entered: 03/01/2022) |
| 03/04/2022 | 55 | OPINION of USCA as to 43 Notice of Appeal filed by Saifullah Khan USCA Case Number 21−95. (Fanelle, N.) (Entered: 03/07/2022) |
| 03/11/2022 | 56 | Notice of Letter to Counsel, signed by Peter D. Keane, Assistant Clerk−Appellate of the State of Connecticut Supreme Appellate Court. (Freberg, B) (Entered: 03/11/2022) |
| 06/01/2022 | 57 | Joint STATUS REPORT by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Unknown Persons, Yale University. (Noonan, Patrick) (Entered: 06/01/2022) |
| 08/30/2022 | 58 | Joint STATUS REPORT by Saifullah Khan. (Pattis, Norman) (Entered: 08/30/2022) |
| 12/14/2022 | 59 | Joint STATUS REPORT by Saifullah Khan. (Pattis, Norman) (Entered: 12/14/2022) |
| 02/22/2023 | 60 | Joint STATUS REPORT by Saifullah Khan. (Smith, Kevin) (Entered: 02/22/2023) |
| 05/16/2023 | 61 | Joint STATUS REPORT by Saifullah Khan. (Pattis, Norman) (Entered: 05/16/2023) |

| 08/04/2023 | 62 | STATUS REPORT by Saifullah Khan. (Pattis, Norman) (Entered: 08/04/2023) |
|---|---|---|
| 10/25/2023 | 63 | ORDER of USCA as to 43 Notice of Appeal filed by Saifullah Khan, USCA Case Number 21–95. (Fanelle, N.) (Entered: 10/31/2023) |
| 11/02/2023 | 64 | Joint STATUS REPORT by Jane Doe. (Gooley, Brendan) (Entered: 11/02/2023) |
| 11/15/2023 | 65 | MANDATE of USCA dated 11/15/2023, USDC Partial Judgment Affirmed in Part and Vacated in Part. Case is Remanded for further proceedings re: 43 Notice of Appeal filed by Saifullah Khan. (Attachments: # 1 Supporting Document)(Fanelle, N.) (Entered: 11/15/2023) |
| 11/16/2023 | 66 | ORDER. Per the parties' Status Report dated November 2, 2023 (ECF No. 64 ), the parties shall file an amended Rule 26(f) Report by December 1, 2023. Signed by Judge Kari A. Dooley on 11/16/2023. (Alquesta, Steven) (Entered: 11/16/2023) |
| 11/16/2023 | | Set Deadlines: Joint Status Report due by 12/1/2023. (Alquesta, Steven) (Entered: 11/16/2023) |
| 11/29/2023 | 67 | Joint REPORT of Rule 26(f) Planning Meeting. (Sconzo, James) (Entered: 11/29/2023) |
| 12/04/2023 | 68 | Order on Pretrial Deadlines. The Court has reviewed 67 , the parties' Rule 26(f) Report, and the parties held a Rule 16(b) Conference on November 14, 2023. The Rule 26(f) Report is Approved, Adopted, and So Ordered, except as set forth below.<br><br>Pursuant to Local Rule 16(b), the Court orders as follows: The Plaintiff shall move to amend the pleadings or move to join additional parties by **December 31, 2023**. The Defendants shall move to join additional parties by **January 31, 2024**. All discovery shall be concluded by **April 15, 2025**. Dispositive motions, if any (see Local Rule 56(c)), shall be filed by **June 15, 2025**. The Court will set a date for filing a joint trial memorandum after the close of discovery. The joint trial memorandum shall comport with this Court's standing order, which will be separately docketed.<br><br>Defendant Jane Doe's time constraints notwithstanding, the discovery deadline in this case is not likely to be further extended, absent unforeseen and extraordinary circumstances.<br><br>A telephonic status conference is scheduled for April 22, 2025 at 2:00 pm. A separate calendar shall be docketed. Signed by Judge Kari A. Dooley on 12/4/2023. (Alquesta, Steven) (Entered: 12/04/2023) |
| 12/04/2023 | | Set Deadlines/Hearings: Motion to Amend Pleadings due by 12/31/2023; Answer Deadline Updated for All Defendants. Responsive pleading due 1/31/2024; Discovery due by 4/15/2025; Dispositive Motions due by 6/15/2025; Status Conference set for 4/22/2025 02:00 PM before Judge Kari A. Dooley. Telephonic Conference Line: 888–278–0296; Access Code: 80–77–899. (Alquesta, Steven) (Entered: 12/04/2023) |
| 12/11/2023 | 69 | Amended REPORT of Rule 26(f) Planning Meeting. (Pattis, Norman) (Entered: 12/11/2023) |
| 12/11/2023 | 70 | Joint MOTION for Revision of the Rule 26(f) Report of Parties' Planning Meeting Order by Jane Doe. (Gooley, Brendan) (Entered: 12/11/2023) |
| 12/13/2023 | 71 | AMENDED SCHEDULING ORDER re 70 , Joint MOTION for Revision of the Rule 26(f) Report. Initial Disclosures shall be exchanged on **February 1, 2024**. To the extent that Plaintiff's written discovery requests seek material duplicative of the initial disclosures, Defendants may indicate as much in its responses and need not reproduce any such materials. Plaintiff shall be allowed until **February 8, 2024** to file motions to join additional parties and/or motions to amend the complaint. Defendants shall be allowed until **March 8, 2024** to file motions to join additional parties or to file a response to the operative complaint. Plaintiff's request for permission to notice 20 depositions is DENIED without prejudice. If, following written discovery, the Plaintiff |

| | | |
|---|---|---|
| | | is able to identify more than 10 individuals whose deposition he believes are appropriately noticed, he may renew his request. Defendants may renew any objection as well. All other deadlines previously set remain. Signed by Judge Kari A. Dooley on 12/13/2023. (Alquesta, Steven) Modified on 12/13/2023 (Gould, K.). (Entered: 12/13/2023) |
| 12/13/2023 | | Set Deadlines/Hearings: Amended Pleadings due by 2/8/2024; Answer Deadline Updated for All Defendants. Responsive pleading due 3/8/2024; Discovery due by 4/15/2025; Dispositive Motions due by 6/15/2025; Status Conference set for 4/22/2025 02:00 PM before Judge Kari A. Dooley. Telephonic Conference Line: 888–278–0296; Access Code: 80–77–899. (Alquesta, Steven) (Entered: 12/13/2023) |
| 12/20/2023 | 72 | NOTICE of Appearance by Giovanna T. Weller on behalf of Yale University (Weller, Giovanna) (Entered: 12/20/2023) |
| 12/27/2023 | 73 | MOTION to Seal Emergency Motion for Judgment of Dismissal by Jane Doe. (Gooley, Brendan) (Entered: 12/27/2023) |
| 12/27/2023 | 74 | SEALED MOTION Emergency Motion for Judgment of Dismissal by Jane Doe. (Gooley, Brendan) (Entered: 12/27/2023) |
| 12/27/2023 | 75 | Sealed Document: Memorandum of Law In Support of Emergency Motion for Judgment of Dismissal by Jane Doe re 74 SEALED MOTION Emergency Motion for Judgment of Dismissal . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Gooley, Brendan) (Entered: 12/27/2023) |
| 12/28/2023 | 76 | ORDER re 74 Emergency Motion for Judgment of Dismissal. The Court will not take up the 74 motion to dismiss on an emergency basis. Plaintiff's opposition to the motion is due on or before January 17, 2024. Signed by Judge Kari A. Dooley on 12/28/2023. (Alquesta, Steven) (Entered: 12/28/2023) |
| 01/16/2024 | 77 | Sealed Document: Mr. Khan's Objection to Emergency Motion for Judgment of Dismissal by Saifullah Khan . (Pattis, Norman) (Entered: 01/16/2024) |
| 01/30/2024 | 78 | MOTION to Seal Reply in Further Support of Motion for Judgment of Dismissal by Jane Doe. (Gooley, Brendan) (Entered: 01/30/2024) |
| 01/30/2024 | 79 | Sealed Document: Reply in Further Support of Motion for Judgment of Dismissal by Jane Doe . (Attachments: # 1 Exhibit K (Sealed), # 2 Exhibit L (Sealed), # 3 Exhibit M (Sealed))(Gooley, Brendan) (Entered: 01/30/2024) |
| 03/04/2024 | 80 | MOTION to Seal Memorandum of Law in Support of Motion for Protective Order by Jane Doe. (Gooley, Brendan) (Entered: 03/04/2024) |
| 03/04/2024 | 81 | MOTION for Protective Order *(Redacted)* by Jane Doe.Responses due by 3/25/2024 (Attachments: # 1 Memorandum in Support Redacted, # 2 Exhibit A, # 3 Exhibit B)(Gooley, Brendan) (Entered: 03/04/2024) |
| 03/04/2024 | 82 | SEALED MOTION *for a* Protective Order by Jane Doe. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B)(Gooley, Brendan) (Entered: 03/04/2024) |
| 03/05/2024 | 83 | Consent MOTION for Extension of Time until 30 days after Decision on Jane Doe's Motion for Judgment of Dismissal or 60 days from current deadline of 3.8.2024 by Jane Doe. (Gooley, Brendan) (Entered: 03/05/2024) |
| 03/06/2024 | 84 | SCHEDULING ORDER. Oral argument on 74 Defendant Doe's Motion for Judgment of Dismissal shall be heard on March 18, 2024, at 10:00 AM. Plaintiff shall personally appear at oral argument. The Court will also address Defendant Doe's 83 Motion for Extension of Time. A calendar entry with further details will be separately docketed. Signed by Judge Kari A. Dooley on 3/6/2024. (Alquesta, S) (Entered: 03/06/2024) |

| 03/06/2024 | 85 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Oral Argument on 74 Defendant Doe's Motion for Judgment of Dismissal set for March 18, 2024, at 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Kari A. Dooley. (Alquesta, S) (Entered: 03/06/2024) |
|---|---|---|
| 03/08/2024 | 86 | First MOTION to Amend/Correct 25 Answer to Complaint, *to Add Affirmative Defenses* by Yale University.Responses due by 3/29/2024 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B)(Noonan, Patrick) (Entered: 03/08/2024) |
| 03/15/2024 | 87 | MOTION to Seal Proposed Sur–Reply and Exhibits by Jane Doe. (Gooley, Brendan) (Entered: 03/15/2024) |
| 03/15/2024 | 88 | SEALED MOTION Motion for Sur–Reply and Exhibits by Jane Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit N, # 3 Exhibit O, # 4 Exhibit P, # 5 Exhibit Q)(Gooley, Brendan) (Entered: 03/15/2024) |
| 03/15/2024 | 89 | MOTION to Vacate *Order Treating Jane Doe Pesudonyously* by Saifullah Khan. (Pattis, Norman) (Entered: 03/15/2024) |
| 03/15/2024 | 90 | OBJECTION *to Jane Doe's Motion for a Protective Order* filed by Saifullah Khan. (Pattis, Norman) (Entered: 03/15/2024) |
| 03/18/2024 | 91 | Minute Entry. Proceedings held before Judge Kari A. Dooley: denying 74 Sealed Motion; Motion Hearing held on 3/18/2024 re 74 SEALED MOTION Emergency Motion for Judgment of Dismissal filed by Jane Doe. As ordered on the record, the Plaintiff shall not identify Jane Doe in any social media communication or elsewhere and he shall remove his posts that reference her identification. 38 minutes(Court Reporter Tracy Gow.) (Gould, K.) Modified docket text on 3/19/2024 (Pesta, J.). (Entered: 03/18/2024) |
| 03/18/2024 | 92 | ORDER REFERRING CASE to Magistrate Judge Maria E. Garcia for ruling on motions 82 SEALED MOTION *for a* Protective Order, 89 MOTION to Vacate *Order Treating Jane Doe Pesudonyously*, 81 MOTION for Protective Order *(Redacted).* Signed by Judge Kari A. Dooley on 3/18/2024. Motion referred to Magistrate Judge Maria E. Garcia. (Gould, K.) (Entered: 03/18/2024) |
| 03/18/2024 | 93 | ORDER GRANTING 73 Motion to Seal; granting 78 Motion to Seal; granting 80 Motion to Seal; granting 73 MOTION to Seal Emergency Motion for Judgment of Dismissal, 78 MOTION to Seal Reply in Further Support of Motion for Judgment of Dismissal, 80 MOTION to Seal Memorandum of Law in Support of Motion for Protective Order, 87 MOTION to Seal Proposed Sur–Reply and Exhibits ; granting 87 Motion to Seal. The Court finds a clear and compelling reason for sealing as the filings contain privileged and confidential information. The Court further finds that the proposed sealing is narrowly tailored to address this privacy concern. GRANTING 83 Consent MOTION for Extension of Time until 30 days after Decision on Jane Doe's Motion for Judgment of Dismissal or 60 days from current deadline of 3.8.2024, Defendant's shall respond to Plaintiff's complaint on or before **May 7, 2024.** Signed by Judge Kari A. Dooley on 3/18/2024. (Gould, K.) (Entered: 03/18/2024) |
| 03/26/2024 | 94 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on March 18, 2024 before Judge Kari A. Dooley. Court Reporter: Tracy Gow. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/16/2024. Redacted Transcript Deadline set for 4/26/2024. Release of Transcript Restriction set for 6/24/2024. (Gow, T.) (Entered: 03/26/2024) |

| 03/29/2024 | 95 | MOTION to Seal Reply in Further Support of Motion for Protective Order by Jane Doe. (Gooley, Brendan) (Entered: 03/29/2024) |
|---|---|---|
| 03/29/2024 | 96 | SEALED MOTION Reply in Further Support of Motion for a Protective Order by Jane Doe. (Attachments: # 1 Exhibit A)(Gooley, Brendan) (Entered: 03/29/2024) |
| 04/01/2024 | 97 | MOTION for Extension of Time until October 15, 2024 Complete discovery & depositions by Saifullah Khan. (Pattis, Norman) (Entered: 04/01/2024) |
| 04/01/2024 | 98 | NOTICE of Appearance by Alexander T. Taubes on behalf of Saifullah Khan (Taubes, Alexander) (Entered: 04/01/2024) |
| 04/01/2024 | 99 | ORDER Denying without prejudice 97 Motion for Extension of Time for failure to comply with Local Rule 7(b). Signed by Judge Kari A. Dooley on 4/1/2024. (Alquesta, S) (Entered: 04/01/2024) |
| 04/05/2024 | 100 | MOTION for Extension of Time until 10/15/2024*(Motion to Modify Scheduling Order)* Complete discovery & depositions by Saifullah Khan. (Pattis, Norman) (Entered: 04/05/2024) |
| 04/05/2024 | 101 | MOTION to Seal Motion to Continue Anonymity by Jane Doe. (Gooley, Brendan) (Entered: 04/05/2024) |
| 04/05/2024 | 102 | Memorandum in Opposition re 89 MOTION to Vacate *Order Treating Jane Doe Pesudonyously* filed by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University. (Weller, Giovanna) (Entered: 04/05/2024) |
| 04/05/2024 | 103 | SEALED MOTION TO CONTINUE ANONYMITY by Jane Doe. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Gooley, Brendan) (Entered: 04/05/2024) |
| 04/05/2024 | 104 | OBJECTION re 89 MOTION to Vacate *Order Treating Jane Doe Pesudonyously* filed by Jane Doe. (Gooley, Brendan) (Entered: 04/05/2024) |
| 04/05/2024 | 105 | MOTION for Extension of Time until 10/15/2025*REVISED (Motion to Modify Scheduling Order)* Complete discovery & depositions by Saifullah Khan. (Pattis, Norman) (Entered: 04/05/2024) |
| 04/11/2024 | 106 | ORDER granting 86 Motion to Amend/Correct. Absent objection, Defendant Yale Universitys motion to amend its answer to add affirmative defenses is granted. Defendant Yale University shall docket the amended answer attached as Exhibit B therein, ECF No. 86–3, as a new docket entry. Signed by Judge Kari A. Dooley on 4/11/2024. (Alquesta, S) (Entered: 04/11/2024) |
| 04/12/2024 | 107 | *AMENDED* ANSWER to 1 Complaint with Affirmative Defenses by Yale University.(Weller, Giovanna) (Entered: 04/12/2024) |
| 04/12/2024 | 108 | ORDER REFERRING CASE to Magistrate Judge Maria E. Garcia for rulings on motions including 88 SEALED MOTION Motion for Sur–Reply and Exhibits, 82 SEALED MOTION *for a* Protective Order, 89 MOTION to Vacate *Order Treating Jane Doe Pesudonyously*, 96 SEALED MOTION Reply in Further Support of Motion for a Protective Order, 81 MOTION for Protective Order *(Redacted)*, 95 MOTION to Seal Reply in Further Support of Motion for Protective Order.<br>Signed by Judge Kari A. Dooley on 4/12/2024. Motions referred to Magistrate Judge Maria E. Garcia.(Gould, K.) (Entered: 04/12/2024) |
| 05/07/2024 | 109 | ANSWER to 1 Complaint with Affirmative Defenses by Jane Doe.(Gooley, Brendan) (Entered: 05/07/2024) |
| 05/13/2024 | 110 | ORDER REFERRING CASE to Magistrate Judge Maria E. Garcia for case management and pretrial non dispositive matters including 88 SEALED MOTION Motion for Sur–Reply and Exhibits, 103 SEALED MOTION TO CONTINUE ANONYMITY, 82 SEALED MOTION *for a* Protective Order, 89 MOTION to Vacate *Order Treating Jane Doe Pesudonyously*, 100 MOTION for Extension of Time until 10/15/2024*(Motion to Modify Scheduling Order)* Complete discovery & depositions, 105 MOTION for Extension of Time until 10/15/2025*REVISED (Motion to Modify* |

| | | |
|---|---|---|
| | | *Scheduling Order)* Complete discovery & depositions, 96 SEALED MOTION Reply in Further Support of Motion for a Protective Order, 81 MOTION for Protective Order *(Redacted)*, 95 MOTION to Seal Reply in Further Support of Motion for Protective Order, 101 MOTION to Seal Motion to Continue Anonymity. Signed by Judge Kari A. Dooley on 5/13/2024. Motions and case management referred to Magistrate Judge Maria E. Garcia.(Gould, K.) (Entered: 05/13/2024) |
| 05/14/2024 | 111 | ORDER re: 110 Referral Order and for Chamber's Copies. The parties will provide two (2) tabbed binders with copies of all of the referred motions and responses, printed from CMecf, within seven (7) days. Signed by Judge Maria E. Garcia on 5/14/24. (Esposito, A.) (Entered: 05/14/2024) |
| 06/11/2024 | 112 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. In–person Status Conference re: all pending motions set for **6/20/2024 at 11:00 AM** in Courtroom Four, 141 Church Street, New Haven, CT before Judge Maria E. Garcia. (Lee, E) (Entered: 06/11/2024) |
| 06/14/2024 | 113 | MOTION to Seal Motion for Sur–Reply in Further Support of Motion for a Protective Order by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 06/14/2024) |
| 06/14/2024 | 114 | SEALED MOTION for Sur–Reply in Further Support of Motion for a Protective Order by Jane Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 06/14/2024) |
| 06/18/2024 | 115 | ORDER finding as moot 88 Sealed Motion. Jane Doe filed an Emergency Motion for Judgment of Dismissal under seal on December 27, 2023. *See* ECF No. 74 . On March 6, 2024once the motion was fully briefedJudge Dooley scheduled oral argument for March 18, 2024. *See* ECF No. 84. Three days before the hearing, Jane Doe filed a Motion to File a Sur–Reply, attaching exhibits under seal. While Judge Dooley did not rule on the motion itself, she and counsel discussed at length Plaintiff's social media posts, including those that were submitted as exhibits to the Sur–Reply. *See* ECF No. 94 at 5:425, 8:249:19, 14:419:5, 23:1325:20. Judge Dooley ultimately denied the motion on the grounds that Khan did not violate a court order, because no party had previously sought and obtained a protective order preventing public disclosure. *See id.* Because the topics raised in the Sur–Reply were discussed during the hearing and the Court denied the motion on independent grounds, the Court finds this motion to be MOOT. Signed by Judge Maria E. Garcia on 6/18/2024. (Cabral, D) (Entered: 06/18/2024) |
| 06/18/2024 | 116 | ORDER terminating 96 Sealed Motion. Jane Doe's counsel moved to seal her Reply in Further Support of Motion for a Protective Order at ECF No. 95 but then filed the Reply as a Sealed Motion rather than filing the Reply under seal (the latter of which is permitted by Local Rule 5(e)4). Accordingly, the Court terminates the motion and construes it as a Reply. Signed by Judge Maria E. Garcia on 6/18/2024. (Cabral, D) (Entered: 06/18/2024) |
| 06/18/2024 | 117 | ORDER granting 95 Motion to Seal Reply in Further Support of Motion for Protective Order by Jane Doe; granting 101 Motion to Seal Motion to Continue Anonymity by Jane Doe; and granting 113 Motion to Seal Motion for Sur–Reply in Further Support of Motion for a Protective Order; for the same reasons stated in Judge Dooley's previous ruling on motions to seal, at ECF No. 93 : "The Court finds a clear and compelling reason for sealing as the filings contain privileged and confidential information. The Court further finds that the proposed sealing is narrowly tailored to address this privacy concern." It is so ordered. Signed by Judge Maria E. Garcia on 6/18/2024. (Cabral, D) (Entered: 06/18/2024) |
| 06/18/2024 | 118 | ORDER granting 114 Sealed Motion for Sur–Reply in Further Support of Motion for a Protective Order by Jane Doe for good cause shown. *See* D. Conn. L. Civ. R. 7(d) ("No sur–replies may be filed without permission of the Court, which may, in its discretion, grant permission upon a showing of good cause.") Signed by Judge Maria E. Garcia on 6/18/2024. (Cabral, D) (Entered: 06/18/2024) |

| 06/19/2024 | 119 | RULING and ORDER denying 89 Plaintiff's Motion to Vacate [the Court's] Order Treating Jane Doe Pseudonymously and granting 103 Jane Doe's Motion to Continue Anonymity. The parties will be prepared to address the remaining pending motions at oral argument on June 20, 2024. Signed by Judge Maria E. Garcia on 6/19/2024. (Esposito, A.) (Entered: 06/19/2024) |
|---|---|---|
| 06/20/2024 | 120 | Minute Entry. Proceedings held before Judge Maria E. Garcia: taking under advisement 81 Motion for Protective Order; taking under advisement 82 Sealed Motion; taking under advisement 100 Motion for Extension of Time and taking under advisement 105 Motion for Extension of Time. In–person status conference and oral argument held on 6/20/2024 re Motions 81 , 82 , 100 , and 105 . 49 minutes (Court Reporter CourtSmart.) (Langello, N) (Entered: 06/20/2024) |
| 06/21/2024 | 121 | ORDER taking under advisement 81 Motion for Protective Order; taking under advisement 82 Sealed Motion for Protective Order; denying without prejudice 100 Motion for Extension of Time to October 15, 2024 ; denying without prejudice 105 Motion for Extension of Time to October 15, 2025 to complete discovery and depositions (Revised).<br><br>ORDER.<br>As stated on the record during oral argument on June 20, 2024, Plaintiff's Motions to Modify the Scheduling Order are denied without prejudice to refiling after the parties' meet and confer conferences. ECF Nos. 100, 105. Plaintiff is advised that any future request to modify the current scheduling order should include interim deadlines and comply with Local Rule 7. *See* D. Conn. L. Civ. R. 7(b)(1) ("All motions for extensions of time must be decided by a Judge and will not be granted except for good cause. The good cause standard requires a particularized showing that the time limitation in question cannot reasonably be met despite the diligence of the party seeking the extension.").<br><br>Defendant Jane Doe's Motions for Protective Order are taken under advisement. ECF Nos. 81, 82. The parties will meet and confer on the contours of a protective order and file a Joint Status Report with proposed language by June 27, 2024.<br><br>Signed by Judge Maria E. Garcia on 9/21/2024. (Esposito, A.) (Entered: 06/21/2024) |
| 06/24/2024 | 122 | MOTION to Seal Second Emergency Motion to Dismiss by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 06/24/2024) |
| 06/24/2024 | 123 | SEALED MOTION Second Emergency Motion for Judgment of Dismissal by Jane Doe. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A)Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 06/24/2024) |
| 06/25/2024 | 124 | ORDER re 123 Second Emergency Motion for Judgment of Dismissal filed by Jane Doe (Sealed). Plaintiff's response is due by the close of business July 1, 2024. Oral argument is scheduled for July 3, 2024 at 1:30 PM. Plaintiff shall be present at the hearing. Signed by Judge Maria E. Garcia on 6/25/24. (Esposito, A.) (Entered: 06/25/2024) |
| 06/25/2024 | 125 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. ORDER re: 123 Second Emergency Motion for Judgement of Dismissal by Jane Doe (Sealed). A hearing is scheduled for 7/3/2024 at 01:30 PM in Courtroom Four, 141 Church Street, New Haven, CT before Judge Maria E. Garcia. Plaintiff shall be present at the hearing. (Esposito, A.) (Entered: 06/25/2024) |
| 06/26/2024 | 126 | NOTICE of Appearance by Maria Laurato on behalf of Yale University (Laurato, Maria) (Entered: 06/26/2024) |
| 06/27/2024 | 127 | NOTICE of Appearance by Mario K. Cerame on behalf of Saifullah Khan *filing as additional counsel, particularly as concerns free speech interests* (Cerame, Mario) (Entered: 06/27/2024) |

| 06/27/2024 | 128 | Consent MOTION for Extension of Time until July 8, 2024 to Submit Joint Status Report by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 06/27/2024) |
|---|---|---|
| 06/28/2024 | 129 | ORDER granting 128 Consent Motion for Extension of Time until July 8, 2024 to Submit Joint Status Report. Signed by Judge Maria E. Garcia on 6/28/24. (Esposito, A.) (Entered: 06/28/2024) |
| 06/28/2024 | 130 | Emergency MOTION to Dismiss *Plaintiff's Complaint* by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University.Responses due by 7/19/2024 (Attachments: # 1 Memorandum in Support)(Noonan, Patrick) (Entered: 06/28/2024) |
| 06/28/2024 | 131 | MOTION for Extension of Time until ten days*to file an* Objection to Motion to Dismiss or Other Sanction 119 Order on Motion to Vacate,, Order on Sealed Motion, by Saifullah Khan. (Attachments: # 1 Exhibit correspondence with court, # 2 Exhibit correspondence with counsel)Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 06/28/2024) |
| 06/28/2024 | 132 | MOTION for *Order to the clerk to grant* access to any sealed documents in this case that are necessary to represent the Plaintiff Order by Saifullah Khan. (Attachments: # 1 correspondence with court)Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 06/28/2024) |
| 06/28/2024 | 133 | MOTION to Seal Objection to Plaintiff's Motion for Extension of Time by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 06/28/2024) |
| 06/28/2024 | 134 | NOTICE of Appearance by Giovanna T. Weller on behalf of Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler (Weller, Giovanna) (Entered: 06/28/2024) |
| 06/28/2024 | 135 | NOTICE of Appearance by Maria Laurato on behalf of Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler (Laurato, Maria) (Entered: 06/28/2024) |
| 06/28/2024 | 136 | ORDER granting in part and denying in part 131 Motion for Extension of Time to respond to Defendant Jane Doe's Second Emergency Motion for Entry of Judgment of Dismissal. ECF No. 123 (filed June 24, 2024). Plaintiff's request for an additional ten days to file a response is denied. Good cause has not been shown given the issues set forth in the emergency motion and the Court's ability to hold an emergency hearing. Plaintiff is represented by four capable attorneys. The appearance yesterday by the fourth attorney does not establish good cause for a ten day extension. Accordingly, absent consent and good cause, this request for an additional ten days to respond to Doe's Second Emergency Motion for Entry of Judgment of Dismissal is denied. The request for more time is granted in part. Plaintiff's response is due by 11:59 PM on Monday, July 1, 2024. Signed by Judge Maria E. Garcia on 6/28/2024. (Cabral, D) (Entered: 06/28/2024) |
| 06/28/2024 | 137 | MOTION for Reconsideration re 136 Order on Motion for Extension of Time,,, *and to preserve the record as to relevant facts for later review* by Saifullah Khan. Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 06/28/2024) |
| 06/28/2024 | 138 | OBJECTION re 133 MOTION to Seal Objection to Plaintiff's Motion for Extension of Time filed by Saifullah Khan. (Cerame, Mario) (Entered: 06/28/2024) |
| 06/28/2024 | 139 | MOTION to Seal Objection to Plaintiff's Motion for Reconsideration by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 06/28/2024) |
| 06/28/2024 | 140 | Sealed Document: Objection to Plaintiff's Motion for Reconsideration by Jane Doe . (Attachments: # 1 Exhibit A)(Gooley, Brendan) (Entered: 06/28/2024) |
| 06/29/2024 | 141 | ORDER finding as moot 133 Defendant Jane Doe's Motion to Seal Objection to Plaintiff's Motion for Extension of Time in light of the Court's ruling [ECF No. 136] granting in part and denying in part Plaintiffs Motion for Extension of Time *before* Doe filed an objection.. Signed by Judge Maria E. Garcia on 6/29/24. (Esposito, A.) |

| | | (Entered: 06/29/2024) |
|---|---|---|
| 06/29/2024 | 142 | VACATED: ORDER granting 123 Defendant Jane Doe's Motion to Seal Second Emergency Motion to Dismiss by Jane Doe (ECF No. 123 (SEALED)); granting 139 Defendant Jane Doe's Motion to Seal Objection to Plaintiff's Motion for Reconsideration (ECF No. 140 (SEALED)); for the same reasons stated in the Court's previous rulings on motions to seal, at ECF Nos. 93, 117: "The Court finds a clear and compelling reason for sealing as the filings contain privileged and confidential information. The Court further finds that the proposed sealing is narrowly tailored to address this privacy concern." It is so ordered. Signed by Judge Maria E. Garcia on 6/29/24. (Esposito, A.) Modified on 6/29/2024 to indicated order was vacated (Ruocco, M.). (Entered: 06/29/2024) |
| 06/29/2024 | 143 | ORDER denying 137 Plaintiff's Motion for Reconsideration. "The standard for granting [a motion for reconsideration] is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked—matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995). Generally, "[t]he major grounds justifying reconsideration are an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd.*, 956 F.2d 1245, 1255 (2d Cir. 1992). Plaintiff presents no new evidence, arguments or caselaw on reconsideration. Rather, Attorney Cerame points out that although Plaintiff has four attorneys who have filed notices of appearance on his behalf, apparently only he, who filed a notice of appearance after the deadline for responding to Doe's Second Emergency Motion for Judgment of Dismissal had been set by the Court, is tasked with responding to that Motion. It has long been settled that the "fact that an attorney may have engaged co–counsel to assist him in the conduct of a case does not relieve that counsel of record of his duty to supervise all aspects of the litigation." *J.M. Cleminshaw Co. v. City of Norwich*, 93 F.R.D. 338, 348 n.5 (D. Conn. 1981) (Cabranes, J.) (citing *Maryland Metals, Inc. v. Harbaugh*, 33 Md. App. 570, 575–576, 365 A.2d 600, 603 (Ct. Spec. App.1976) ("In the practice of law, a lawyer is charged with the responsibility of knowing what is entered upon the dockets, from time to time, in the case in which he is counsel. It is his duty to follow the dockets so as to keep himself abreast of the happenings in his case.... Put in another more graphic way, the buck stops with the attorney's appearance as counsel of record."). An appearing attorney has a "responsibility to 'investigate and prepare every phase' of his client's case". *J.M. Cleminshaw Co.*, 93 F.R.D. 338 at 348 n.5, n.8 (citations omitted); *see also Ortiz v. Stambach*, No. 1:16–CV–00321 (EAW), 2022 WL 1746771, at *6 (W.D.N.Y. May 31, 2022) (rejecting counsel's "suggested argument that co–counsel was responsible for any expert disclosure failures" and reminding counsel that he was admitted to the bar and it was incumbent on him to ensure that his client's discovery obligations were satisfied). Furthermore, the "courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016). After consideration of Doe's objection, the Court finds that Attorney Cerame's argument that he had no access to the sealed motions disingenuous. Doe's counsel offered to provide Attorney Cerame with the sealed documents on June 27, 2024 at 4:02 PM and again on June 28, 2024 at 12:24 PM. *See* ECF No. 140–1 at 2, 4. Moreover, other counsel of record for Plaintiff had access to the sealed documents. Doe argues that "there is no basis for extending the briefing or hearing... because Plaintiff has seemingly not taken down the posts that identify Jane and created this exigency." ECF No. 140 at 1. The Court agrees. Because Plaintiff failed to identify any ground sufficient to justify reconsideration, the Motion for Reconsideration is **DENIED**. Signed by Judge Maria E. Garcia on 6/29/24. (Esposito, A.) (Entered: 06/29/2024) |
| 06/29/2024 | 144 | ORDER In light of the filing of Yale's Emergency Motion for Judgment of dismissal of the Plaintiff's Complaint (ECF No. 130) filed on June 28, 2024, to which Plaintiff is entitled to respond to, and the Court's preference to hold an evidentiary hearing on |

| | | |
|---|---|---|
| | | both Emergency Motions on the same day, the Court modifies the response deadlines and schedule as follows: Plaintiff's response to Doe's Second Emergency Motion for Dismissal (ECF No. 123) and Yale's Emergency Motion to Dismiss (ECF No. 130) is now July 5, 2024, Defendants may file a reply by July 9, 2024, and the evidentiary hearing on both Motions is rescheduled to July 11, 2024 at 10:00 am. A new calendar will issue, Plaintiff shall appear for the evidentiary hearing.<br>Signed by Judge Maria E. Garcia on 6/29/24.(Esposito, A.) (Entered: 06/29/2024) |
| 06/29/2024 | 145 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br>*RESET FROM 7/3/24.*<br>Evidentiary Hearing set for 7/16/2024 at 10:00 AM in Courtroom Four, 141 Church Street, New Haven, CT before Judge Maria E. Garcia. (Esposito, A.) (Entered: 06/29/2024) |
| 06/29/2024 | 146 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br>*RESET FROM 7/16/24*<br>Evidentiary Hearing set for **7/11/2024 at 10:00 AM** in Courtroom Four, 141 Church Street, New Haven, CT before Judge Maria E. Garcia. (Esposito, A.) (Entered: 06/29/2024) |
| 06/29/2024 | 147 | ORDER re: 146 July 11, 2024 Hearing.<br>The parties will provide two chamber's copies of their motions and responsive pleadings, with tabs of the exhibits, by the close of business July 9, 2024.<br>Signed by Judge Maria E. Garcia on 6/29/24.(Esposito, A.) (Entered: 06/29/2024) |
| 06/29/2024 | 148 | ORDER Vacating 142 Order on Sealed Motion, Order on Motion to Seal,<br>Signed by Judge Maria E. Garcia on 6/29/24.(Ruocco, M.) (Entered: 06/29/2024) |
| 06/29/2024 | 149 | ORDER granting 122 Defendant Jane Doe's Motion to Seal Second Emergency Motion to Dismiss by Jane Doe (ECF No. 123 (SEALED)); granting 139 Defendant Jane Doe's Motion to Seal Objection to Plaintiff's Motion for Reconsideration (ECF No. 140 (SEALED)); for the same reasons stated in the Court's previous rulings on motions to seal, at ECF Nos. 93, 117: "The Court finds a clear and compelling reason for sealing as the filings contain privileged and confidential information. The Court further finds that the proposed sealing is narrowly tailored to address this privacy concern." It is so ordered. Signed by Judge Maria E. Garcia on 6/29/24. (Ruocco, M.) (Entered: 06/29/2024) |
| 07/01/2024 | 150 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 06/20/24 before Judge Maria E. Garcia. Court Reporter: eScribers, LLC. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/22/2024. Redacted Transcript Deadline set for 8/1/2024. Release of Transcript Restriction set for 9/29/2024. (Gottlieb, J) (Entered: 07/01/2024) |
| 07/03/2024 | 151 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Telephonic Status Conference set for 7/10/2024 at 10:00 AM before Judge Maria E. Garcia.<br>The parties will call the conference line at: (888) 557–8511; Access Code: 3852222#<br>(Esposito, A.) (Entered: 07/03/2024) |
| 07/03/2024 | 152 | OBJECTION re 119 Order on Motion to Vacate,, Order on Sealed Motion, *objection pursuant to Local Rule 72.2* filed by Saifullah Khan. (Cerame, Mario) (Entered: 07/03/2024) |

| 07/04/2024 | 153 | OBJECTION as Per Entry 152 with Sealed Exhibits by Saifullah Khan. (Attachments: # 1 Exhibit, # 2 Exhibit)Motions referred to Maria E. Garcia(Cerame, Mario) Modified on 8/6/2024 to correct docket text. (Fanelle, N.). (Entered: 07/04/2024) |
|---|---|---|
| 07/04/2024 | 154 | OBJECTION re 153 SEALED MOTION 72.2 Objection as Per Entry 152 with Sealed Exhibits, 152 Objection *Supplemental to Objection* filed by Saifullah Khan. (Cerame, Mario) (Entered: 07/04/2024) |
| 07/04/2024 | 155 | OBJECTION *to factual finding that counsel was "disingenuous," plausibly violating duty of candor to the tribunal* filed by Saifullah Khan. (Attachments: # 1 Exhibit Counsel's Inbox Showing Emails (and lack thereof) from Counsel Gooley)(Cerame, Mario) (Entered: 07/04/2024) |
| 07/05/2024 | 156 | MOTION for Extension of Time until five days Objections to Motions to Dismiss 144 Order,,, 130 Emergency MOTION to Dismiss *Plaintiff's Complaint*, 146 Calendar Entry, 123 SEALED MOTION Second Emergency Motion for Judgment of Dismissal, 145 Calendar Entry, by Saifullah Khan. Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 07/05/2024) |
| 07/06/2024 | 157 | OBJECTION to Emergency Motions to Dismiss and Memorandum in Opposition, concerning ECF Nos. 123, 131 by Saifullah Khan. (Attachments: # 1 Memorandum in Opposition to Motions to Dismiss)Motions referred to Maria E. Garcia(Cerame, Mario) Modified on 8/6/2024 to correct docket text. (Fanelle, N.) (Entered: 07/06/2024) |
| 07/08/2024 | 158 | RESPONSE re 155 Objection, *to Court's Finding that Plaintiff Acted Disingenuously* filed by Jane Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gooley, Brendan) (Entered: 07/08/2024) |
| 07/08/2024 | 159 | Consent MOTION for Extension of Time until 7/12/2024 file language regarding protective order 121 Order on Motion for Protective Order,,,,,, Order on Sealed Motion,,,,,, Order on Motion for Extension of Time,,,,,,,,,,, 129 Order on Motion for Extension of Time by Saifullah Khan. Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 07/08/2024) |
| 07/08/2024 | 160 | OBJECTION *TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS TO YALE* filed by Jane Doe. (Gooley, Brendan) (Entered: 07/08/2024) |
| 07/08/2024 | 161 | MOTION in Limine *as described in ECF 157.1 at page 2* by Saifullah Khan.Responses due by 7/29/2024 Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 07/08/2024) |
| 07/08/2024 | 162 | ORDER. Defendant Doe shall respond to Plaintiff's 153 Objection to Magistrate Judge Garcia's order at ECF No. 119 and request for *de novo* review on or before July 24, 2024. Signed by Judge Kari A. Dooley on 7/8/2024. (Alquesta, S) (Entered: 07/08/2024) |
| 07/08/2024 | 163 | ORDER granting 159 Motion for Extension of Time until July 12, 2024 to file language regarding proposed protective order. Signed by Judge Maria E. Garcia on 7/8/2024. (Garcia, Maria) (Entered: 07/08/2024) |
| 07/08/2024 | 164 | ORDER denying 156 Motion for Extension of Time 156 for the reasons set forth in 136 Order on Motion for Extension of Time and 143 Order on Motion for Reconsideration. In addition to repeatedly failing to meet the good cause standard, the instant motion fails to comply with D. Conn. L. Rule 7(b)3. which requires that "[a]ll motions for extension of time shall be filed at least three (3) business days before thedeadline sought to be extended [...]". Signed by Judge Maria E. Garcia on 7/8/2024. (Garcia, Maria) (Entered: 07/08/2024) |
| 07/09/2024 | 165 | MOTION to Seal Reply, Response and Objection by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 07/09/2024) |
| 07/09/2024 | 166 | Sealed Document: Reply in Further Support of Second Emergency Motion for Judgment of Dismissal by Jane Doe re 157 SEALED MOTION Objection to Emergency Motions to Dismiss and Memorandum in Opposition, concerning ECF Nos. 123, 131 . (Attachments: # 1 Exhibit A)(Gooley, Brendan) (Entered: 07/09/2024) |

| 07/09/2024 | 167 | OBJECTION *in part to motion to seal, specifically as concerns 161, motion in limine* filed by Saifullah Khan. (Cerame, Mario) (Entered: 07/09/2024) |
|---|---|---|
| 07/09/2024 | 168 | Sealed Document: Response to Plaintiff's Rule 72.2 Motion by Jane Doe re 153 SEALED MOTION 72.2 Objection as Per Entry 152 with Sealed Exhibits . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gooley, Brendan) (Entered: 07/09/2024) |
| 07/09/2024 | 169 | Sealed Document: Objection to Plaintiff's Motion in Limine by Jane Doe re 161 MOTION in Limine *as described in ECF 157.1 at page 2* . (Gooley, Brendan) (Entered: 07/09/2024) |
| 07/09/2024 | 170 | ORDER granting 132 MOTION for Order to the clerk to grant access to any sealed documents in this case that are necessary to represent the Plaintiff Order by Saifullah Khan.<br>The clerk of the court will provide Attorney Mario Cerame with access to sealed documents. Signed by Judge Maria E. Garcia on 7/9/2024. (Esposito, A.) (Entered: 07/09/2024) |
| 07/09/2024 | 171 | REPLY to Response to 130 Emergency MOTION to Dismiss *Plaintiff's Complaint* filed by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University. (Weller, Giovanna) (Entered: 07/09/2024) |
| 07/09/2024 | 172 | OBJECTION re 161 MOTION in Limine *as described in ECF 157.1 at page 2* filed by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University. (Laurato, Maria) (Entered: 07/09/2024) |
| 07/10/2024 | 173 | ORDER 151 re: June 10, 2024 Telephonic Status Conference.<br>As discussed, the hearing scheduled for July 11, 2024, on Defendant Doe's Second Emergency Motion to Dismiss, (ECF No. 123) and Defendant Yale's Emergency Motion to Dismiss Plaintiff's Complaint (ECF No. 130) is CANCELLED.<br>Judge Dooley will issue a calendar rescheduling the hearing in due course.<br>Signed by Judge Maria E. Garcia on 7/10/24. (Esposito, A.) (Entered: 07/10/2024) |
| 07/10/2024 | 174 | Minute Entry for proceedings held before Judge Maria E. Garcia: Telephonic Status Conference held on 7/10/2024. Total Time: 7 minutes (Court Reporter Courtsmart.) (Santos, S) (Entered: 07/10/2024) |
| 07/11/2024 | 175 | First MOTION for Kevin Murray Smith to Withdraw as Attorney by Saifullah Khan. Motions referred to Maria E. Garcia(Smith, Kevin) (Entered: 07/11/2024) |
| 07/11/2024 | 176 | MOTION for Norman A. Pattis to Withdraw as Attorney *Motion for Permission to Withdraw Appearance* by Saifullah Khan. Motions referred to Maria E. Garcia(Pattis, Norman) (Entered: 07/11/2024) |
| 07/12/2024 | 177 | ORDER granting 175 Motion to Withdraw as Attorney. Attorney Kevin Murray Smith terminated. Signed by Judge Kari A. Dooley on 7/12/2024. (Alquesta, S) (Entered: 07/12/2024) |
| 07/12/2024 | 178 | ORDER granting 176 Motion to Withdraw as Attorney. Attorney Norman A. Pattis terminated. Signed by Judge Kari A. Dooley on 7/12/2024. (Alquesta, S) (Entered: 07/12/2024) |
| 07/12/2024 | 179 | SCHEDULING ORDER. In light of Judge Garcia's order at ECF No. 173, Oral Argument on the defendants' emergency motions for judgment of dismissal at ECF Nos. 123 and 130 shall be heard on July 25, 2024, at 10:00 AM. Plaintiff shall appear personally at oral argument. A calendar entry with further details shall be separately docketed.<br>Signed by Judge Kari A. Dooley on 7/12/2024. (Alquesta, S) (Entered: 07/12/2024) |
| 07/12/2024 | 180 | NOTICE OF E–FILED CALENDAR. THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.Oral Argument on the defendants' emergency motions for judgment of dismissal at ECF Nos. 123 and 130 is set for July 25, 2024, at 10:00 AM in Courtroom Two, 915 Lafayette Blvd., |

| | | Bridgeport, CT before Judge Kari A. Dooley. (Alquesta, S) (Entered: 07/12/2024) |
|---|---|---|
| 07/15/2024 | 181 | Joint STATUS REPORT *Regarding Proposed Protective Order* by Jane Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gooley, Brendan) (Entered: 07/15/2024) |
| 07/17/2024 | 182 | ORDER granting 165 Defendant Jane Doe's MOTION to Seal Reply, Response and Objection.<br>The Motion to Seal is granted as to her: (1) Reply in Further Support of her Second Emergency Motion for Judgment of Dismissal; (ECF No. 123 (SEALED)); (2) Response to Plaintiffs Rule 72.2 Objection; and (3) Objection to Plaintiffs Motion in Limine; for the same reasons stated in the Court's previous rulings on motions to seal, at ECF Nos. 93, 117, 149: "The Court finds a clear and compelling reason for sealing as the filings contain privileged and confidential information. The Court further finds that the proposed sealing is narrowly tailored to address this privacy concern." It is so ordered. Signed by Judge Maria E. Garcia on 7/17/24. (Esposito, A.) (Entered: 07/17/2024) |
| 07/24/2024 | 183 | RESPONSE re 153 SEALED MOTION 72.2 Objection as Per Entry 152 with Sealed Exhibits filed by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University. (Weller, Giovanna) (Entered: 07/24/2024) |
| 07/24/2024 | 184 | NOTICE by Saifullah Khan re 179 Scheduling Order, 152 Objection *Notice of Supplemental Authority* (Attachments: # 1 Supplement Order in Doe v. Butler U., 1:22–cv–1828, ECF No. 102 (S.D. Ind. July 23, 2024))(Cerame, Mario) (Entered: 07/24/2024) |
| 07/25/2024 | 185 | ORDER. Plaintiff may reply to Defendants' 168 and 183 responses to Plaintiff's 153 Objection to Judge Garcia's 119 ruling on or before August 7, 2024.<br>Signed by Judge Kari A. Dooley on 7/25/2024. (Alquesta, S) (Entered: 07/25/2024) |
| 07/25/2024 | 187 | Minute Entry. Proceedings held before Judge Kari A. Dooley: taking under advisement 123 Sealed Motion; taking under advisement 130 Motion to Dismiss; So Ordered 161 Motion in Limine; Motion Hearing held on 7/25/2024 re 123 SEALED MOTION Second Emergency Motion for Judgment of Dismissal filed by Jane Doe, 130 Emergency MOTION to Dismiss *Plaintiff's Complaint* filed by Sarah Demers, Peter Salovey, Mark Solomon, Carole Goldberg, Lynn Cooley, Jonathon Halloway, Ann Kuhlman, Yale University, David Post, Stephanie Spangler, Paul Genecin, Marvin Chun, Joe Gordon, 161 MOTION in Limine *as described in ECF 157.1 at page 2* filed by Saifullah Khan. Total Time: 1 hours and 34 minutes(Court Reporter Tracy Gow.) (Gould, K) (Entered: 08/02/2024) |
| 07/25/2024 | 188 | Marked Exhibit List from July 25, 2024 Motion Hearing (Gould, K) (Entered: 08/02/2024) |
| 07/30/2024 | 186 | EXHIBIT by Jane Doe. (Attachments: # 1 Exhibit Access Guidelines, # 2 Exhibit Email from Lillian Perry, # 3 Exhibit Corrected Transcript (Additional Redaction by Jane Doe)(Gooley, Brendan) (Entered: 07/30/2024) |
| 08/06/2024 | 189 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Telephonic Discovery Status Conference re: Defendants' Motion for Protective Order, [ECF Nos. 81, 82], and the parties' Proposed Protective Order, [ECF No. 181], set for 8/13/2024 at 10:30 AM before Judge Maria E. Garcia.<br>The parties will call: 203–684–6202; and enter the Conference ID: 439 176 102# when prompted.<br>(Esposito, A.) (Entered: 08/06/2024) |
| 08/07/2024 | 190 | RESPONSE re 185 Order, 154 Objection, 168 Sealed Document, 186 Exhibit, 183 Response, 152 Objection *reply to responses by Defendants* filed by Saifullah Khan. (Cerame, Mario) (Entered: 08/07/2024) |
| 08/13/2024 | 191 | ORDER re: 80 81 Defendant Jane Doe's Motion for Protective Order.<br>Based on the discussion during today's telephonic discovery status conference, the parties will confer and submit a Revised Proposed Protective Order by **August 19, 2024**. |

| | | |
|---|---|---|
| | | Signed by Judge Maria E. Garcia on 8/13/2024. (Esposito, A.) (Entered: 08/13/2024) |
| 08/13/2024 | 192 | Minute Entry for proceedings held before Judge Maria E. Garcia: Telephonic Discovery Status Conference held on 8/13/2024. Total Time: 11 minutes (Court Reporter Courtsmart.) (Santos, S) (Entered: 08/13/2024) |
| 08/16/2024 | 193 | Consent MOTION for Extension of Time until August 26, 2024 to Submit Revised Language re Motion for a Protective Order by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 08/16/2024) |
| 08/19/2024 | 194 | ORDER granting 193 Consent MOTION for Extension of Time until August 26, 2024 to Submit Revised Language re: Motion for a Protective Order 81 82 . Signed by Judge Maria E. Garcia on 8/19/24. (Esposito, A.) (Entered: 08/19/2024) |
| 08/26/2024 | 195 | Joint STATUS REPORT by Jane Doe. (Attachments: # 1 Text of Proposed Order)(Gooley, Brendan) (Entered: 08/26/2024) |
| 08/28/2024 | 196 | ORDER re: 195 Joint Status Report Regarding Proposed Protective Order. The Court reviewed the parties' Proposed Protective Order. The Court would like to thank the parties for working collaboratively to reach an agreement. On or before September 5, 2024, the parties will accept the track changes and file the Protective Order with Exhibit 1, executed by Plaintiff, for entry by the Court. Signed by Judge Maria E. Garcia on 8/28/24. (Esposito, A.) (Entered: 08/28/2024) |
| 09/05/2024 | 197 | RESPONSE re 196 Order, by Saifullah Khan *EXECUTED PROTECTIVE ORDER*. (Taubes, Alexander) (Entered: 09/05/2024) |
| 09/06/2024 | 198 | ORDER APPROVING and ADOPTING the Parties' Protective Order to Restrict Plaintiff's Access to Non–Public Sensitive Materials. Signed by Judge Maria E. Garcia on 9/6/2024. (Esposito, A.) (Entered: 09/06/2024) |
| 09/06/2024 | 199 | ORDER finding as moot 81 Motion for Protective Order; finding as moot 82 Sealed Motion for Protective Order in light of the parties' agreed to Protective Order to Restrict Plaintiff's Access to Non–Public Sensitive Information. ECF No. 198. Signed by Judge Maria E. Garcia on 9/6/2024. (Esposito, A.) (Entered: 09/06/2024) |
| 09/16/2024 | 200 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on July 25, 2024 before Judge Kari A. Dooley. Court Reporter: Tracy Gow. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 10/7/2024. Redacted Transcript Deadline set for 10/17/2024. Release of Transcript Restriction set for 12/15/2024. (Gow, T.) (Entered: 09/16/2024) |
| 10/08/2024 | 201 | Emergency MOTION to Stay re 119 Order on Motion to Vacate,, Order on Sealed Motion, *limited stay of order to allow response to Department of Homeland Security* by Saifullah Khan.Responses due by 10/29/2024 (Attachments: # 1 Exhibit DHS Letter)Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 10/08/2024) |
| 10/08/2024 | 202 | ORDER re: 201 Plaintiff's Emergency MOTION for Stay of Order Restricting Speech. Defendants' response is due on or before **October 14, 2024.** <br><br> Signed by Judge Maria E. Garcia on 10/8/24. (Esposito, A.) (Entered: 10/08/2024) |
| 10/14/2024 | 203 | OBJECTION re 201 Emergency MOTION to Stay re 119 Order on Motion to Vacate,, Order on Sealed Motion, *limited stay of order to allow response to Department of Homeland Security* filed by Jane Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Gooley, Brendan) (Entered: 10/14/2024) |

| | | |
|---|---|---|
| 10/16/2024 | 204 | ORDER 201 denying without prejudice Plaintiff's Emergency Motion for Limited Stay of Order Restricting Speech. "Plaintiff requests permission from this Court to deliver any necessary documents, without redaction, to the Department of Homeland Security, U.S. Citizenship and Immigration Services ("DHS"), as per the October 3, 2024 Letter from DHS." ECF No. 201 at 1. The DHS letter requests three documents: (1) a certificate of disposition in Plaintiff's criminal case; (2) the official transcript from the court in the criminal case; and (3) a copy of a protective order filed against Plaintiff in Dearborn, Indiana. *Id.* Plaintiff represents that "both documents contain Doe's name" but did not state which of the three documents he was referring to. *Id.* Defendant Doe responds that she cannot meaningfully respond because Plaintiff refused to provide copies of the documents he intends to submit to DHS, and that Plaintiff has not shown that it "is necessary for Plaintiff to disclose Jane's name in order to comply with the request issued by the U.S. Citizenship and Immigration Services." ECF No. 203 at 1, 4. On this record, Plaintiff's motion raises more questions than answers. Accordingly, Plaintiff's Emergency Motion for Limited Stay of Order Restricting Speech is denied without prejudice on the current record. The Court cannot speculate as to the contents of the documents at issue. Any renewal of the motion should attach the documents it seeks to submit to DHS under seal, provide the standard the court should apply, including caselaw supporting the request for the limited stay, address why it is necessary to disclose Jane Doe's full name and/or first name, and address the other arguments raised by Jane Doe in her responsive pleading. SO ORDERED. Signed by Judge Maria E. Garcia on 10/16/2024. (Esposito, A.) (Entered: 10/16/2024) |
| 10/17/2024 | 205 | MOTION to Vacate 204 Order on Motion to Stay,,,,,,,, 119 Order on Motion to Vacate,, Order on Sealed Motion, *Motion to Vacate Order Restricting Speech, or, in the alternative, for Limited Stay or Lift of Order Restricting Speech* by Saifullah Khan. Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 10/17/2024) |
| 10/17/2024 | 206 | Emergency MOTION to Vacate 204 Order on Motion to Stay,,,,,,, 119 Order on Motion to Vacate,, Order on Sealed Motion, *Motion to Vacate Order Restricting Speech, or, in the alternative, for Limited Stay or Lift of Order Restricting Speech (entry 205 erroneously not flagged as emergency motion)* by Saifullah Khan. Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 10/17/2024) |
| 10/17/2024 | 207 | Sealed Document: Sealed Exhibits Pursuant to ECF No. 204, Attached to ECF No. 206 by Saifullah Khan re 204 Order on Motion to Stay,,,,,,,, 206 Emergency MOTION to Vacate 204 Order on Motion to Stay,,,,,,, 119 Order on Motion to Vacate,, Order on Sealed Motion, *Motion to Vacate Order Restricting Speech, or, in the alternative, for Limited Stay or Lift of Order Restricting Speech ( Exhibit Letter from DHS. (Attachments: # 1 Exhibit Certificate of Disposition, # 2 Exhibit Document Concerning Protective Order, # 3 Exhibit 2.26.2018 Transcript, # 4 Exhibit 2.28.2018 Transcript, # 5 Exhibit 3.1.2018 Transcript, # 6 Exhibit 3.2.2018 Transcript, # 7 Exhibit 3.5.2018 Transcript, # 8 Exhibit 3.6.2018 Transcript, # 9 Exhibit 3.7.2018 Transcript)(Cerame, Mario) (Entered: 10/17/2024)* |
| 10/18/2024 | 208 | MOTION to Withdraw 205 MOTION to Vacate 204 Order on Motion to Stay,,,,,,,, 119 Order on Motion to Vacate,, Order on Sealed Motion, *Motion to Vacate Order Restricting Speech, or, in the alternative, for Limited Stay or Lift of Order Restricting Speech || corrected emergency motion filed at ECF No. 206* by Saifullah Khan. Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 10/18/2024) |
| 10/18/2024 | 209 | ORDER. Defendants will file a response to Plaintiff's Emergency Motion to Vacate Order, or, in the Alternative, for Limited Stay or Lift of Order by Sunday, October 20, 2024. ECF No. 206. Defendants will articulate the harm to permit Plaintiff to produce unredacted copies of the Trial Transcripts that have already been produced to DHS in 2021. ECF No. 206 at 5. Their response will include proposed redactions to the Trial Transcripts. ECF Nos. 207–3 through 207–9. Defendants will also state their position on ECF Nos. 207–1 ("Destroyed Case File Letter") and 207–2 ("Mycourts.IN.gov") and whether they continue to maintain an objection. Oral argument is scheduled for Monday, October 21, 2024 at 3:00 PM. Plaintiffs immigration counsel will attend the hearing. The Court will distribute the Zoom |

| | | |
|---|---|---|
| | | information to the parties via email.<br>Signed by Judge Maria E. Garcia on 10/18/24. (Esposito, A.) (Entered: 10/18/2024) |
| 10/18/2024 | 210 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Hearing on Plaintiff's Emergency Motion to Vacate Order, or, in the Alternative, for Limited Stay or Lift of Order 206 is set for 10/21/2024 at 03:00 PM before Judge Maria E. Garcia.<br>The Court will distribute the Zoom information to the parties via email. (Esposito, A.) (Entered: 10/18/2024) |
| 10/18/2024 | 211 | ORDER withdrawing 205 Emergency Motion to Vacate Order, or, in the Alternative, for Limited Stay or Lift of Order.<br>ORDER granting 208 Motion to Withdraw in light of a duplicate filing. ECF No. 206. Signed by Judge Maria E. Garcia on 10/18/2024. (Esposito, A.) (Entered: 10/18/2024) |
| 10/20/2024 | 212 | RESPONSE re 205 MOTION to Vacate 204 Order on Motion to Stay,,,,,,, 119 Order on Motion to Vacate,, Order on Sealed Motion, *Motion to Vacate Order Restricting Speech, or, in the alternative, for Limited Stay or Lift of Order Restricting Speech* filed by Jane Doe. (Attachments: # 1 Exhibit A)(Gooley, Brendan) (Entered: 10/20/2024) |
| 10/20/2024 | 213 | RESPONSE re 206 Emergency MOTION to Vacate 204 Order on Motion to Stay,,,,,,, 119 Order on Motion to Vacate,, Order on Sealed Motion, *Motion to Vacate Order Restricting Speech, or, in the alternative, for Limited Stay or Lift of Order Restricting Speech ( filed by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University. (Laurato, Maria) (Entered: 10/20/2024)* |
| 10/21/2024 | 214 | MOTION for *Inquiry Concerning Public Access to October 21, 2024 Proceedings* by Saifullah Khan. Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 10/21/2024) |
| 10/21/2024 | 215 | NOTICE regarding hearing via Zoom: The Hearing on Plaintiff's Emergency Motion to Vacate Order, or, in the Alternative, for Limited Stay or Lift of Order 206 scheduled for 10/21/2024 at 3:00 p.m. will be conducted via Zoom.<br><br>Call–in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 161 220 9850<br><br>Meeting Password: 713585<br><br>*The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E–FILED CALENDAR re: Plaintiff's Emergency Motion to Vacate Order, or, in the Alternative, for Limited Stay or Lift of Order 206 . Motion Hearing set for **10/21/2024 at 3:00 PM** before Judge Maria E. Garcia. (Santos, S) (Entered: 10/21/2024) |
| 10/21/2024 | 216 | ORDER re: 206 Plaintiff's Emergency Motion to Vacate Order, Or In the Alternative, For Limited Stay or Lift of Order. This motion is before the Court to address an October 3, 2024, USCIS/DHS letter (ECF No. 201–1) requesting three categories of documents from Plaintiff. A hearing was held on October 21, 2024, and the parties had an opportunity to be heard. For the reasons that follow, the motion is denied as moot in |

part, granted in part, and denied in part as follows:

Finding as moot as to the State of Connecticut Superior Court "Destroyed Case File Letter", at ECF No. 207–1, and the "MyCourts.IN.gov" Indiana Protective Order, at ECF No. 207–2, in light of the fact that these documents make no reference to Jane Doe.

The motion is granted as follows: Plaintiff may, in response to the October 3, 2024 letter from USCIS/DHS (ECF No. 201–1), provide a copy of the Official Transcript in *State of Connecticut v. Khan,* No. NNH–CR15–0162194 (Conn. Super. Ct.), which the Court defines as the transcript that redacted Jane Doe's name pursuant to Conn. Gen. Stat. §54–86e, that has been publicly available at least as of July 25, 2024. *See* ECF No. 186, 200. As stated on the record, to the extent that Plaintiff disagrees with the application of Conn. Gen. Stat. § 54–86e to the transcripts in the criminal case, his recourse is with the Connecticut Superior Court. This Court will not disturb what the Superior Court deems to be the Official Transcript. *See* ECF. No. 200, July 25, 2024 Hrg Tr. at 18:11–14.

The motion is denied as follows: Plaintiff may not provide, in response to the October 3, 2024 letter from USCIS/DHS (ECF No. 201–1), the unredacted trial transcripts, at ECF Nos. 207–3, 207–4, 207–5, 207–6, 207–7, 207–8 and 207–9, as the Court does not deem them responsive to the USCIS/DHS letter request.

The Court's Orders regarding the use of Jane Doe's name (ECF Nos. 91, 119) remain in full force and effect, except that Plaintiff is authorized to submit the Official Transcript from Plaintiff's criminal trial to USCIS/DHS, as defined here, provided that he may not disseminate the transcript to anyone else. SO ORDERED.

Signed by Judge Maria E. Garcia on 10/21/2024. (Esposito, A.) (Entered: 10/21/2024)

| 10/21/2024 | 217 | ORDER finding as moot 214 MOTION for Inquiry Concerning Public Access to October 21, 2024 Proceedings by Saifullah Khan. The Zoom log–in information was provided on the docket. Signed by Judge Maria E. Garcia on 10/21/24. (Esposito, A.) (Entered: 10/21/2024) |
| --- | --- | --- |
| 10/21/2024 | 219 | Minute Entry for proceedings held before Judge Maria E. Garcia: Motion Hearing held via zoom on 10/21/2024 re: Plaintiff's Emergency Motion to Vacate Order, or, in the Alternative, for Limited Stay or Lift of Order 206 . Total Time: 37 minutes (Court Reporter Courtsmart.) (Santos, S) Modified text on 10/24/2024 (Santos, S). (Entered: 10/22/2024) |
| 10/22/2024 | 218 | Emergency MOTION for Writ of Mandamus *as filed in 2d Cir. CoA* by Saifullah Khan. (Attachments: # 1 Appendix, # 2 T–1080 Doe, # 3 T–1080 Yale)(Cerame, Mario) (Entered: 10/22/2024) |
| 10/24/2024 | 220 | TRANSCRIPT of Proceedings: Type of Hearing: Emergency Motion to Vacate. Held on 10/21/24 before Judge Maria E. Garcia. Court Reporter: Suzanne Benoit. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 11/14/2024. Redacted Transcript Deadline set for 11/24/2024. Release of Transcript Restriction set for 1/22/2025. (Benoit, S.) (Entered: 10/24/2024) |
| 10/24/2024 | 221 | ORDER of USCA as to 43 Notice of Appeal filed by Saifullah Khan, USCA Case Number 24–2794. (Fanelle, N.) (Entered: 10/28/2024) |
| 11/07/2024 | 222 | EXHIBIT *November 4, 2024 DHS Letter Extending Deadline to November 25, 2024* by Saifullah Khan re 218 Emergency MOTION for Writ of Mandamus *as filed in 2d Cir. CoA*. (Cerame, Mario) (Entered: 11/07/2024) |

| 11/07/2024 | 223 | Sealed Document: Criminal Trial Transcript Version Issued 11.7.24 by Saifullah Khan re 218 Emergency MOTION for Writ of Mandamus *as filed in 2d Cir. CoA*, 207 Sealed Document,,, *verdict version 11.7.24*. (Attachments: # 1 Exhibit T2.26.18 version 11.7.24, # 2 Exhibit T2.27.18 version 11.7.24, # 3 Exhibit T2.28.18 version 11.7.24, # 4 Exhibit T3.1.18 version 11.7.24, # 5 Exhibit T3.2.18 version 11.7.24, # 6 Exhibit T3.5.18 version 11.7.24, # 7 Exhibit T3.6.18 version 11.7.24)(Cerame, Mario) (Entered: 11/07/2024) |
|---|---|---|
| 11/12/2024 | 224 | MOTION to Compel by Saifullah Khan.Responses due by 12/3/2024 Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 11/12/2024) |
| 11/13/2024 | 225 | Order denying without prejudice 224 Motion to Compel. Plaintiff filed a motion to compel. Before filing such a motion, a local rule in the District of Connecticut requires that the movant confer with the Defendants' counsel in an effort to resolve the discovery issues between them without court intervention. *See* D. Conn. L. Civ. R. 37(a). If the conference does not resolve the issues, the movant must then include with his motion to compel an affidavit stating that, despite a good faith effort, he was unable to resolve the discovery issues with opposing counsel. *See id.* If a movant does not follow this local rule, a court should deny the motion to compel. *See Brown v. Clayton*, No. 3:11−cv−714 (JCH), 2013 WL 1409884, at *2 (D. Conn. Apr. 8, 2013).<br><br>In this case, Plaintiff's motion confirmed that he conferred with opposing counsel to discuss the discovery issues in his motion to compel. Even if the parties did meet and discuss those issues, Plaintiff's motion does not include an affidavit certifying that, despite a good faith effort, the discovery issues could not be resolved. For those reasons, the Court denies the motion to compel.<br><br>The denial is, however, without prejudice. Any such re−filed motion must include a declaration, signed under penalty of perjury, certifying that Plaintiff has conferred with Defendants' counsel in good faith and was nevertheless unable to reach an agreement. If a re−filed motion to compel becomes necessary, it must be filed by **November 27, 2024.** Motions to compel that are filed after that date may be summarily denied. Defendants will have seven (7) days from Plaintiff's filing to file their opposition. Defendants should be prepared to address why a rolling production is not possible or practical and provide a firm date when production will be complete. No reply briefs will be permitted. It is so ordered.<br>Signed by Judge Maria E. Garcia on 11/13/2024. (Esposito, A.) (Entered: 11/13/2024) |
| 11/18/2024 | 226 | Emergency OBJECTION re 154 Objection, 153 SEALED MOTION 72.2 Objection as Per Entry 152 with Sealed Exhibits, 152 Objection *Emergency Supplement to 72.2 Objection and request to redocket ECF Nos. 152−54 as Emergency* filed by Saifullah Khan. (Attachments: # 1 Exhibit)(Cerame, Mario) (Entered: 11/18/2024) |
| 11/19/2024 | 227 | Joint MOTION for Clarification 225 Order on Motion to Compel,,,,,,,, by Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman. Motions referred to Maria E. Garcia(Laurato, Maria) (Entered: 11/19/2024) |
| 11/19/2024 | 228 | ORDER. In Plaintiff's 226 Emergency Supplement to his Rule 72.2 Objection, Plaintiff represents that on November 7, 2024, he received the official, publicly available transcript in *State of Connecticut v. Khan*, No. NNH−CR15−0162194 (Conn. Super. Ct.), certified by the court reporter, and that therein, except for on a single page, Defendant Doe's Name is not redacted. *See* Emer. Supp., ECF No. 226 at 12−15. Submission of this transcript to USCIS would therefore not seem to run afoul of Judge Garcia's Order which permitted such disclosure. ECF No. 216. While Judge Garcia understood the official transcript to be fully redacted, Judge Garcia also recognized that the determination on these issues was for the Superior Court. She further stated that "[t]his Court will not disturb what the Superior Court deems to be the Official Transcript." Thereafter, the Connecticut Superior Court provided an unredacted transcript as the Official Transcript. Defendants shall respond to Plaintiff's 226 Emergency Supplement by November 20, 2024, at 5:00 PM if they are of a different view, and if so, why.<br>Signed by Judge Kari A. Dooley on 11/19/2024. (Alquesta, S) (Entered: 11/19/2024) |

| | | |
|---|---|---|
| 11/20/2024 | 229 | ORDER re: 227 Joint MOTION for Clarification. Plaintiff is directed to meet and confer with Defendants in an effort to resolve the outstanding issues set forth in his Motion to Compel. ECF No. 224. If a re–filed motion to compel becomes necessary, it must be filed by November 27, 2024. This deadline relates to a *refiled* motion to compel and the issues raised in the motion dated November 12, 2024. ECF No. 224. Signed by Judge Maria E. Garcia on 11/20/24. (Esposito, A.) (Entered: 11/20/2024) |
| 11/20/2024 | 230 | RESPONSE re 228 Order,,,, filed by Jane Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gooley, Brendan) (Entered: 11/20/2024) |
| 11/20/2024 | 231 | ORDER granting 227 Joint Motion for Clarification in accordance with the order entered at ECF No. 229. Signed by Judge Maria E. Garcia on 11/20/24. (Esposito, A.) (Entered: 11/20/2024) |
| 11/21/2024 | 232 | ORDER RE: 226 Emergency Supplement to Rule 72.2 Objection. The Court has reviewed the Emergency Supplement to Plaintiff's Objection to Magistrate Judge Garcia's 119 Ruling and Order and Defendant Doe's 230 Response to the Court's Order directing, by November 20, 2024, a response on the narrow issue of whether Plaintiff may provide the November 7, 2024, trial transcript to USCIS/HHS. On this record, the Court concludes that, consistent with Judge Garcia's October 21, 2024, Order, Plaintiff may provide a copy of the November 7, 2024, Official Transcript in *State of Connecticut v. Khan*, No. NNH–CR–15–0162194 (Conn. Super. Ct.) to USCIS/DHS per the October 3, 2024, letter requesting same.<br><br>To the extent the Emergency Supplement raises an objection to Magistrate Judge Garcia's further restriction on Plaintiff's ability to provide the transcript to others, Defendant Doe sought additional time to respond to the Emergency Supplement. As this aspect of Judge Garcia's October 21, 2024, Order does not impact Plaintiff's ability to respond to USCIS/HHS in connection with his asylum application, Doe's request is reasonable. Doe may file a supplemental brief, not to exceed 10 pages, on this issue on or before December 5, 2024. Once received, the Plaintiff's Objection to both the June 19, 2024, Order as well as the October 21, 2024, Order will be addressed together.<br><br>Signed by Judge Kari A. Dooley on 11/21/2024. (Alquesta, S) (Entered: 11/21/2024) |
| 11/27/2024 | 233 | Second MOTION to Compel by Saifullah Khan.Responses due by 12/18/2024 (Attachments: # 1 Affidavit – Declaration of Attorney Taubes)Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 11/27/2024) |
| 12/02/2024 | 234 | ORDER. A virtual Discovery Status Conference regarding Plaintiff's 233 Second Motion to Compel is scheduled for December 4, 2024, at 11:00 AM before Judge Maria E. Garcia. The Court will distribute Zoom information to the parties via email. Signed by Judge Maria E. Garcia on 12/2/2024. (Karamanakis, K) (Entered: 12/02/2024) |
| 12/02/2024 | 235 | NOTICE regarding hearing via Zoom: The Discovery Status Conference scheduled for 12/4/2024 at 11:00 a.m. will be conducted via Zoom.<br><br>Call–in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 160 103 9218<br><br>Meeting Password: 541963<br><br>*The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. |

| | | |
|---|---|---|
| | | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Discovery Status Conference set for **12/4/2024 at 11:00 AM** in Remote Setting before Judge Maria E. Garcia. (Santos, S) (Entered: 12/02/2024) |
| 12/03/2024 | 236 | MOTION to Seal Exhibits E, I, J, K, Q to the Memorandum in Opposition to Plaintiff's Motion to Compel by Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman. Motions referred to Maria E. Garcia(Laurato, Maria) (Entered: 12/03/2024) |
| 12/03/2024 | 237 | Sealed Document: Exhibits E, I, J, K, Q to the Memorandum in Opposition to Plaintiff's Motion to Compel by Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman re 236 MOTION to Seal Exhibits E, I, J, K, Q to the Memorandum in Opposition to Plaintiff's Motion to Compel . (Attachments: # 1 Exhibit I, # 2 Exhibit J, # 3 Exhibit K, # 4 Exhibit Q)(Laurato, Maria) (Entered: 12/03/2024) |
| 12/03/2024 | 238 | Memorandum in Opposition re 233 Second MOTION to Compel filed by Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman. (Attachments: # 1 Affidavit of Maria L. Laurato, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E (Filed Under Seal), # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I (Filed Under Seal), # 11 Exhibit J (Filed Under Seal), # 12 Exhibit K (Filed Under Seal), # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q (Filed Under Seal), # 19 Exhibit R)(Laurato, Maria) (Entered: 12/03/2024) |
| 12/03/2024 | 239 | REPLY to Response to 233 Second MOTION to Compel filed by Saifullah Khan. (Taubes, Alexander) (Entered: 12/03/2024) |
| 12/04/2024 | 240 | Minute Entry for proceedings held before Judge Maria E. Garcia: Discovery Status Conference held via Zoom on 12/4/2024. Total Time: 30 minutes (Court Reporter Courtsmart.) (Santos, S) (Entered: 12/04/2024) |
| 12/04/2024 | 241 | ORDER granting 236 Defendant Yale's Motion to Seal Exhibits E, I, J, K, Q to the Memorandum in Opposition to Plaintiffs Second Motion to Compel.<br>Signed by Judge Maria E. Garcia on 12/4/2024. (Esposito, A.) (Entered: 12/04/2024) |
| 12/04/2024 | 242 | ORDER re: 233 Plaintiff's Second Motion to Compel.<br>A discovery status conference was held on December 4, 2024, to address the outstanding discovery issues identified by the parties. After an opportunity to be heard, the Court entered the following deadlines and directed the parties to provide further information.<br>On or before **Friday, December 6, 2024,** Yale will provide a proposed schedule for rolling production and complete production of agreed upon discovery supported by affidavits from the people who are collecting and identifying information and documents responsive to Plaintiff's requests at both Yale and the third party e–discovery vendor.<br>On or before **Wednesday, December 11, 2024,** the parties will meet and confer by Zoom or in person regarding search terms for Khan's personal and Yale e–mail accounts and Doe's e–mail account(s) and propose a schedule for production.<br>The parties will also discuss Defendant's outstanding objections to Plaintiff's discovery that were not addressed in the Second Motion to Compel and any discovery from Plaintiff that Defendant contends remains outstanding. ECF No. 233. If the objections/issues are not resolved through a meet and confer, the parties will file a Joint Status Report and identify the issues and set forth their respective positions. The Joint Status Report is due on or before **Tuesday, December 17, 2024.**<br>A ruling on Plaintiff's Second Motion to Compel is reserved pending submission of further information and a follow–up meet and confer. However, as stated during the conference, the Court declines to consider an extension or stay of the discovery deadline of April 15, 2025. Rather, the Court will continue to closely monitor the progress of discovery production, will enter interim deadlines, and hold regular status conferences with the discovery deadline in place. |

| | | |
|---|---|---|
| | | Signed by Judge Maria E. Garcia on 12/4/24. (Esposito, A.) (Entered: 12/04/2024) |
| 12/05/2024 | 243 | RESPONSE re 226 Objection, filed by Jane Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Gooley, Brendan) (Entered: 12/05/2024) |
| 12/05/2024 | | Set Deadlines: Joint Status Report due by 12/17/2024. (Santos, S) (Entered: 12/05/2024) |
| 12/05/2024 | 244 | Consent MOTION for Extension of Time until 12/12/24*to* hold meet and confer 242 Order,,,,,,, by Saifullah Khan. Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 12/05/2024) |
| 12/06/2024 | 245 | ORDER granting 244 Consent Motion for Extension of Time within which to hold meet and confer on Thursday, December 12, 2024. The Joint Status Report is due on or before **Tuesday, December 17, 2024. ECF No. 242.**<br>Signed by Judge Maria E. Garcia on 12/6/24. (Esposito, A.) (Entered: 12/06/2024) |
| 12/06/2024 | 246 | Consent MOTION for Extension of Time until Monday, December 9, 2024 to Provide the Court with its Proposed Schedule for Production with Supporting Affidavits 242 Order,,,,,,, by Yale University. Motions referred to Maria E. Garcia(Laurato, Maria) (Entered: 12/06/2024) |
| 12/06/2024 | 247 | ORDER granting 246 Consent MOTION for Extension of Time until Monday, December 9, 2024, for Yale to Provide the Court with its Proposed Schedule for Production with Supporting Affidavits. ECF. No. 242.<br>Signed by Judge Maria E. Garcia on 12/6/24. (Esposito, A.) (Entered: 12/06/2024) |
| 12/09/2024 | 248 | MANDATE of USCA dated 12/9/2024 denying 218 Emergency Motion for Writ of Mandamus. (Fanelle, N.) (Entered: 12/09/2024) |
| 12/09/2024 | 249 | Consent MOTION for Extension of Time until Tuesday, December 10, 2024 to Provide the Court with its Proposed Schedule for Production with Supporting Affidavits 242 Order,,,,,,, by Yale University. Motions referred to Maria E. Garcia(Laurato, Maria) (Entered: 12/09/2024) |
| 12/10/2024 | 250 | ORDER granting 249 on Consent Yale's Second MOTION for Extension of Time until Tuesday, December 10, 2024 to Provide the Court with its Proposed Schedule for Production with Supporting Affidavits. *See* ECF No. 242. Signed by Judge Maria E. Garcia on 12/10/24. (Esposito, A.) (Entered: 12/10/2024) |
| 12/10/2024 | 251 | RESPONSE re 242 Order,,,,,,, by Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman. (Attachments: # 1 Exhibit A Declaration of T. Castiello, # 2 Exhibit B Declaration of J. Chaput)(Laurato, Maria) (Entered: 12/10/2024) |
| 12/17/2024 | 252 | Joint STATUS REPORT by Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman. (Laurato, Maria) (Entered: 12/17/2024) |
| 12/18/2024 | 253 | ORDER granting in part and finding as moot in part, 233 Plaintiff's Second Motion to Compel.<br>The Court thanks the parties for their efforts to resolve the outstanding discovery issues. On December 10, 2024, Yale provided a Proposed Production Schedule with Declarations from Thomas Castiello, Information Security Engineer at Yale University and Joseph Chaput, Senior Forensic Examiner at TransPerfect Legal, Forensic Consulting and Technology. ECF No. 252. On December 17, 2024, the parties filed a Joint Status Report reporting they were able to resolve a number of outstanding issues and requested additional time to reach a compromise on remaining issues. ECF No. 252. After careful consideration, the Court enters the following schedule:<br>–**Schedule for Yale's Document Production:** Production will continue on a rolling basis. Production will be substantially completed by **January 10, 2025**, and completed by **January 20, 2025.** A privilege log will be produced on or before **January 24, 2025.**<br>–**Jane Doe's Inboxes, Objections to Plaintiff's Discovery Requests, Plaintiff's Outstanding Discovery Compliance Owed Yale and Jane Doe:** The parties report that "[m]any of these issues were resolved." ECF No. 252 at 1.–**Plaintiff's Inboxes** |

| | | |
|---|---|---|
| | | **and Social Media Accounts:** The parties will continue to work together to propose additional search terms and reach a compromise.<br>–**Yale's Objections to Plaintiff's Requests for Production served in 2020 and 2024:** Yale believes that the ESI proposal reasonably addressed the objections. Plaintiff states it is premature to identify outstanding discovery without reviewing the documents produced as aresult of the ESI Proposal. Plaintiff will review Yale's documents on a rolling basis and be prepared to identify outstanding issues in the Joint Status Report.<br>–Yale's Objections to Plaintiffs Interrogatories: The parties disagree whether objections were resolved. The parties propose that Yale will review and respond to Plaintiff's challenges to Yale's objections to certain interrogatories and will hold a meet and confer no later than **January 10, 2025.**<br>–The parties will file a Joint Status Report by the close of business on **January 13, 2025**, identifying what discovery issues remain outstanding.<br>Motions to Compel by all parties will be filed by **January 31, 2025.**<br>A Discovery Status Conference will be held on **January 14, 2025 at 4:00 PM** on Zoom.<br>Signed by Judge Maria E. Garcia on 12/18/24. (Esposito, A.) (Entered: 12/18/2024) |
| 12/19/2024 | 254 | NOTICE regarding hearing via Zoom: The Discovery Status Conference scheduled for 1/14/2025 at 4:00 p.m. will be conducted via Zoom.<br><br>Call–in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 160 595 2000<br><br>Meeting Password: 774855<br><br>*The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Discovery Status Conference set for **1/14/2025 at 4:00 PM** before Judge Maria E. Garcia. (Santos, S) (Entered: 12/19/2024) |
| 12/19/2024 | | Set Deadlines: Joint Status Report due by 1/13/2025. (Santos, S) (Entered: 12/19/2024) |
| 01/13/2025 | 255 | Joint STATUS REPORT by Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman. (Laurato, Maria) (Entered: 01/13/2025) |
| 01/14/2025 | 256 | Minute Entry for proceedings held before Judge Maria E. Garcia: Discovery status conference held on 1/14/2025 via Zoom. Total Time: 1 hour and 12 minutes (Court Reporter Courtsmart.) (Santos, S) (Entered: 01/15/2025) |
| 01/15/2025 | 257 | ORDER re: January 15, 2025 Discovery Status Conference.<br>The parties report that since the last Discovery Status Conference, they met and conferred and worked through several issues, (ECF No. 255), including:<br>–Challenges to Yale's objections to Plaintiff's Discovery Requests;<br>–The sufficiency of certain of Plaintiff's interrogatory responses;<br>–Search of Plaintiff's and Jane Doe's respective in–boxes; and<br>–Plaintiff's outstanding discovery compliance owed to both Yale and Jane Doe.<br>–On January 10, 2025, Defendant Yale served substantial production of the ESI search conducted on the in–boxes of the agreed–upon custodians. Yale expects to complete production on January 20, 2025. |

| | | |
|---|---|---|
| | | –Doe will serve substantial production of documents regarding agreed upon search terms on or before January 24, 2025<br>**PRIVILEGE LOG**<br>Any party withholding responsive documents on the basis of Attorney–Client Privilege or Work–Product Protection will provide a Privilege Log by January 24, 2025. As discussed at the hearing, if a redaction is not covered by the privilege log, the parties will meet and confer to discuss the basis for the redaction. A Joint Status Report will be filed ten (10) days after the meet and confer, identifying outstanding issues and will set forth the basis for the redaction and the parties' positions.<br>**MOTIONS TO COMPEL**<br>Motions to Compel by all parties will be filed by January 31, 2025.<br>As discussed during yesterday's conference, the motions may be filed on a rolling basis. Outstanding issues that are unresolved through meet and confer and production will be filed by January 31, 2025.<br>Issues that remain amenable to resolution through the meet and confer process, or that because of the rolling basis of production may not become ripe until later in the month may be filed at a later date subject to filing a timely Motion for Extension of Time in advance of the deadline providing a good faith basis for the extension with a proposed filing deadline.<br>**SEARCH RE: IN–BOXES**<br>The parties report there may be general agreement on the proposed search terms for the search of Plaintiff's and Jane Doe's in–boxes, but that issues remain that are still being discussed. The parties will meet and confer on Friday, January 17, 2025, to discuss the search terms; timeframe for the search of documents; the process for the search; and a deadline for completion.<br>**DEPOSITION SCHEDULE**<br>At the meet and confer on January 17, 2025, the parties will also discuss a schedule for deposing witnesses. They anticipate that the depositions will begin in March 2025. Defendants anticipate deposing five to six (5–6) witnesses. Plaintiff anticipates deposing twenty (20) witnesses. As noted during the conference, Judge Dooley previously denied Plaintiff's Request for permission to notice twenty depositions, with leave to file to renew the request after the close of written discovery. *See* ECF No. 71 ("Plaintiff's request for permission to notice 20 depositions is DENIED without prejudice. If, following written discovery, the Plaintiff is able to identify more than 10 individuals whose deposition he believes are appropriately noticed, he may renew his request. Defendants may renew any objection as well."). Counsel are directed to line–up the witnesses they propose to depose and set aside dates in March during the meet and confer.<br>**SUPPLEMENTAL RESPONSES TO INTERROGATORIES**<br>The parties will supplement responses to interrogatories identified in the Joint Status Report dated January 13, 2025, (ECF No. 255), by February 12, 2025.<br>**JOINT STATUS REPORT**<br>The parties will file a Joint Status Report by close of business on January 21, 2025.<br>**FOLLOW–UP DISCOVERY STATUS CONFERENCE**<br>A follow–up Discovery Status Conference will be held on January 23, 2025, at 11:00 a.m. The parties will be prepared to discuss progress on search terms and limiting time frames for search of e–mail accounts and social media accounts, and a list of proposed depositions of witnesses and experts and a deposition schedule/plan.<br>Signed by Judge Maria E. Garcia on 1/15/25. (Esposito, A.) (Entered: 01/15/2025) |
| 01/16/2025 | <u>258</u> | MOTION for Extension of Time until 1/21–22/25 Comply with ECF 253 and 257 by Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman. Motions referred to Maria E. Garcia(Laurato, Maria) (Entered: 01/16/2025) |
| 01/16/2025 | 259 | NOTICE regarding hearing via Zoom: The follow–up discovery status conference scheduled for 1/23/2025 at 11:00 a.m. will be conducted via Zoom.<br><br>Call–in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 161 613 1298<br><br>Meeting Password: 130993 |

| | | |
|---|---|---|
| | | *The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Follow–up discovery status conference set for **1/23/2025 at 11:00 AM** before Judge Maria E. Garcia. (Santos, S) (Entered: 01/16/2025) |
| 01/16/2025 | | Set Deadlines: Joint Status Report due by 1/21/2025. (Santos, S) (Entered: 01/16/2025) |
| 01/17/2025 | 260 | ORDER granting on consent <u>258</u> MOTION for Extension of Time until 1/22/25 at 2:00 p.m. to comply with the Court's deadlines set forth in ECF Nos. 253 and 257. Signed by Judge Maria E. Garcia on 1/17/25. (Esposito, A.) (Entered: 01/17/2025) |
| 01/22/2025 | <u>261</u> | Joint STATUS REPORT by Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers, Carole Goldberg, Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman. (Laurato, Maria) (Entered: 01/22/2025) |
| 01/23/2025 | 262 | **ORDER re: January 23, 2025 Status Conference.**<br>A Discovery Status Conference was held on January 23, 2025, after consideration of the parties January 22, 2025, (ECF No. 261), Joint Status Report and after conferring with the parties, the agreements and deadlines are memorialized as follows:<br>**Yale's Document Production**: Yale reports that it completed document production, including its ESI document production and an additional rolling production on January 21, 2025.<br>Plaintiff reports he has not completed review of the document production produced on January 21, 2025.<br>**Plaintiff's Inboxes, Text Messages, and Social Media Accounts**: The parties report agreement as to the search terms and time frames to be applied.<br>The parties report that Yale is working with its ESI vendor to provide access to Plaintiff's counsel to perform an independent review of Plaintiff's inbox.<br>They report that once the data is uploaded to the vendor's database and the search terms applied it will take approximately 4–5 days before Plaintiff's counsel will be able to begin his review.<br>Plaintiff indicated he is in the process of engaging a vendor to assist with the search of Plaintiff's inboxes and social media. Plaintiff shall produce responsive documents on a rolling basis, with completion by February 21, 2025. Plaintiff's privilege log is due February 21, 2025.<br>The parties agree to meet and confer to discuss narrowing the subset of search terms should Defendants request a search of Plaintiff's social media accounts beyond the December 31, 2019 time frame. Plaintiff will file a motion if any dispute arises that the parties are unable to work through at a meet and confer conference.<br>**Doe's Inboxes:** The parties generally report agreement as to the search terms and time frame to be applied.<br>However, Doe objects to expanding the search past January 22, 2019. Plaintiff stated that he may be seeking a small subset of responsive documents for the period past January 22, 2019, will meet and confer with Defendants regarding a targeted request based on his discovery requests and file a motion by January 31, 2025, if the parties are unable to reach an agreement.<br>The parties report an open issue as to whether Doe searches her emails: (1) prior to October 2015; and/or (2) for search terms related to the Sally Roe, *et al* allegations. If Doe agrees to expand her search to a broader time frame, she reserves her right to supplement her production after the parties' agreed upon production date of January 24, 2025. Plaintiff will file a motion if any dispute arises that the parties are unable to work through at a meet and confer conference. |

| | | |
|---|---|---|
| | | Doe reports that she will complete production on January 28, 2025.<br>**Hearing Transcript**: Plaintiff ordered and received unredacted transcripts from the hearing and started the process of redaction.<br>**Deposition Schedule**: The parties agree to block six dates in March to conduct approximately 16 depositions. The agreed to dates are: March 13, 17, 18, 19, 21 and 24, 2025. Plaintiff will provide a list of his top ten witnesses including Rule 30(b)(6) topics. Defendants will provide a list of their respective top six deponents. The parties will meet and confer regarding whether depositions will be held in person or by Zoom. Plaintiff agreed to provide a list of 30(b)(6) topics by February 7, 2025.<br>**Disclosure of Plaintiff's Expert Witnesses:** The deadline for Plaintiff to disclose expert witnesses was October 2024. If given leave, Plaintiff anticipates disclosing two experts; one on liability and another on damages. Plaintiff's motion for leave to reopen the deadline for disclosure of expert witnesses is due on or before January 29, 2025. Defendants' current deadline to disclose their expert witnesses is February 15, 2025. Defendants' request to hold the deadline in abeyance is GRANTED, until a ruling issues on Plaintiff's motion.<br>**Yale's and Doe's Privilege Log**: Defendants' Joint Motion for Extension of Time to produce their privilege logs by January 28, 2025, is GRANTED on consent.<br>**Motions to Compel**: The parties will meet and confer regarding filing of Motions to Compel and a timeline for filing. Any motion to extend the current deadline of January 31, 2025, will identify the issue by topic, state the reason for the extension, and assign a date for filing the motion and responses. The parties will state whether the extension will impact the current deposition schedule and/or other discovery deadlines. The motion will be filed by January 29, 2025.<br>The parties will file a Joint Status Report by close of business on **February 4, 2025.** A Discovery Status Conference is scheduled for **February 7, 2025 at 10:30 a.m.**<br><br>Signed by Judge Maria E. Garcia on 1/23/25. (Esposito, A.) (Entered: 01/23/2025) |
| 01/23/2025 | 263 | Minute Entry for proceedings held before Judge Maria E. Garcia: Follow−up discovery status conference held on 1/23/2025 via Zoom. Total Time: 41 minutes (Court Reporter Courtsmart.) (Santos, S) (Entered: 01/24/2025) |
| 01/24/2025 | 264 | NOTICE regarding hearing via Zoom: The discovery status conference scheduled for 2/7/2025 at 10:30 a.m. will be conducted via Zoom.<br><br>Call−in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 161 031 2082<br><br>Meeting Password: 520499<br><br>*The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Discovery status conference set for **2/7/2025 at 10:30 AM** before Judge Maria E. Garcia. (Santos, S) (Entered: 01/24/2025) |
| 01/29/2025 | 265 | ORDER denying Defendants' 123 and 130 Emergency Motions to Dismiss. See attached Memorandum of Decision.<br>Signed by Judge Kari A. Dooley on 1/29/2025. (Alquesta, S) (Entered: 01/29/2025) |
| 01/29/2025 | 266 | Joint MOTION for Extension of Time until 2/28/2025*to file motions to compel and 3/6/2025* to file responses 262 Order,,,,,,,,,,,,,,,,,,, by Saifullah Khan. Motions referred |

| | | to Maria E. Garcia(Taubes, Alexander) (Entered: 01/29/2025) |
|---|---|---|
| 01/30/2025 | 267 | ORDER granting 266 Joint MOTION for Extension of Time until 2/28/2025 to file motions to compel and 3/6/2025 to file responses. The Court does not anticipate granting further extensions of this deadline. Signed by Judge Maria E. Garcia on 1/30/25. (Esposito, A.) Modified on 1/30/2025 (Lewis, D). (Entered: 01/30/2025) |
| 01/31/2025 | 268 | ORDER re 262 Order. In light of the fact that Plaintiff has not filed a motion for leave to disclose experts by the deadline (January 29, 2025), the Defendants' deadline to disclose experts is reinstated as follows: Defendants shall designate all trial experts and provide opposing counselwith reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by February 22, 2025. Depositions of such experts will be completed by April 22, 2025.<br>Signed by Judge Maria E. Garcia on 1/31/2025.(Garcia, Maria) (Entered: 01/31/2025) |
| 02/03/2025 | 269 | ORDER TO SHOW CAUSE re: Sealed Filings cited in the Court's 265 Memorandum of Decision. See attached order. Show Cause Response due by **February 25, 2025**. Signed by Judge Kari A. Dooley on 2/3/2025. (Alquesta, S) (Entered: 02/03/2025) |
| 02/04/2025 | 270 | Joint STATUS REPORT by Jane Doe. (Gooley, Brendan) (Entered: 02/04/2025) |
| 02/07/2025 | 271 | ORDER. The Court held a discovery status conference today. As discussed, a follow−up conference is scheduled for **February 24, 2025.** The parties shall meet and confer prior to the follow−up conference, but no later than **February 21, 2025.**<br>It is so ordered. Signed by Judge Maria E. Garcia on 2/7/2025. (Karamanakis, K) (Entered: 02/07/2025) |
| 02/07/2025 | 272 | Minute Entry for proceedings held before Judge Maria E. Garcia: Follow−up discovery status conference held on 2/7/2025. Total Time: 14 minutes (Court Reporter Courtsmart.) (Santos, S) (Entered: 02/07/2025) |
| 02/07/2025 | 273 | NOTICE regarding hearing via Zoom: The follow−up discovery status conference scheduled for 2/24/2025 at 4:00 p.m. will be conducted via Zoom.<br><br>Call−in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 160 237 9600<br><br>Meeting Password: 257641<br><br>*The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Follow−up discovery status conference set for **2/24/2025 at 4:00 PM** before Judge Maria E. Garcia. (Santos, S) (Entered: 02/07/2025) |
| 02/18/2025 | 274 | Joint MOTION for Extension of Time until 2.28.2025, 2.28.2025, 3.7.2025, 3.13.2025, 3.3.2025 *for* Plaintiff's Production/Privilege Log, Meet and Confer, Remaining Motions to Compel, Responses to Remaining Motions to Compel, Defendants' Expert Disclosure Deadline, Respectively by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 02/18/2025) |
| 02/19/2025 | 275 | ORDER granting 274 on consent Joint Motion for Extension of Time.<br>The schedule is modified as follows:<br>Plaintiff's Production/Privilege Log: by February 28, 2025<br>Meet And Confer: will be held on February 28, 2025 |

| | | |
|---|---|---|
| | | Remaining Motions To Compel: by March 7, 2025<br>Responses To Remaining Motions To Compel: by March 13, 2025<br>Defendants' Expert Disclosure Deadline: March 3, 2025<br><br>A follow−up Discovery Status Conference will be held on March 7, 2025 at 10:00 AM on Zoom.<br>Signed by Judge Maria E. Garcia on 2/19/25. (Esposito, A.) (Entered: 02/19/2025) |
| 02/19/2025 | 276 | NOTICE regarding hearing via Zoom: The Follow−up discovery status conference scheduled for 3/7/2025 at 10:00 a.m. will be conducted via Zoom.<br><br>Call−in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 160 237 9600<br><br>Meeting Password: 257641<br><br>*The Court will distribute the video link to the parties via email.*<br><br>Please note **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 2/24/2025, 4:00 p.m.* Follow−up discovery status conference set for **3/7/2025 at 10:00 AM** before Judge Maria E. Garcia. (Santos, S) (Entered: 02/19/2025) |
| 02/25/2025 | 277 | RESPONSE TO 269 Order to Show Cause by Jane Doe filed by Jane Doe. (Gooley, Brendan) (Entered: 02/25/2025) |
| 02/25/2025 | 278 | MOTION to Seal Exhibits to Jane Doe's Response to the Court's Show Cause Order by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 02/25/2025) |
| 02/25/2025 | 279 | Sealed Document: Exhibits A−F to Jane Doe's Response to Order to Show Cause by Jane Doe . (Attachments: # 1 Exhibit A (Sealed), # 2 Exhibit B (Sealed), # 3 Exhibit C (Sealed), # 4 Exhibit D (Sealed), # 5 Exhibit E (Sealed), # 6 Exhibit F (Sealed))(Gooley, Brendan) (Entered: 02/25/2025) |
| 02/25/2025 | 280 | RESPONSE TO 269 Order to Show Cause by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University filed by Marvin Chun, Lynn Cooley, Sarah Demers, Paul Genecin, Carole Goldberg, Joe Gordon, Jonathon Halloway, Ann Kuhlman, David Post, Peter Salovey, Mark Solomon, Stephanie Spangler, Yale University. (Laurato, Maria) (Entered: 02/25/2025) |
| 02/25/2025 | 281 | MOTION for *Order* Requiring Certain Discussion of Documents Subject to Potential Unsealing to be Filed Under Seal Order by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 02/25/2025) |
| 02/27/2025 | 282 | Consent MOTION for Extension of Time until March 7, 2025 to Disclose Potential Expert by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 02/27/2025) |
| 02/28/2025 | 283 | ORDER granting 282 on consent Doe's Motion for Extension of Time to disclose one of her potential experts to March 3, 2025. Signed by Judge Maria E. Garcia on 2/28/25. (Esposito, A.) (Entered: 02/28/2025) |

| 03/04/2025 | 284 | Joint STATUS REPORT by Saifullah Khan. (Taubes, Alexander) (Entered: 03/04/2025) |
|---|---|---|
| 03/07/2025 | 285 | ORDER re: 276 March 7, 2025 Discovery Status Conference.<br>During today's conference the following schedule was set:<br>−Plaintiff will produce his Privilege Log by the close of business today.<br>−Defendant Doe will disclose her additional expert by the close of business today.<br>−The parties will meet and confer at least two times and file a proposed scheduling order prior to the next conference.<br>A follow−up Discovery Status Conference will be held on **March 19, 2025 at 4:00 PM.** A separate calendar will enter.<br>Signed by Judge Maria E. Garcia on 3/7/25. (Esposito, A.) (Entered: 03/07/2025) |
| 03/07/2025 | 286 | Minute Entry for proceedings held before Judge Maria E. Garcia: Follow−up discovery status conference held on 3/7/2025 via Zoom. Total Time: 60 minutes (Court Reporter Courtsmart.) (Santos, S) (Entered: 03/07/2025) |
| 03/07/2025 | 287 | NOTICE regarding hearing via Zoom: The follow−up discovery status conference scheduled for 3/19/2025 at 4:00 p.m. will be conducted via Zoom.<br><br>Call−in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 161 323 8360<br><br>Meeting Password: 399004<br><br>*The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Follow−up discovery status conference set for **3/19/2025 at 4:00 PM** before Judge Maria E. Garcia. (Santos, S) (Entered: 03/07/2025) |
| 03/18/2025 | 288 | Joint STATUS REPORT *AND MOTION FOR CONTINUANCE* by Jane Doe. (Gooley, Brendan) (Entered: 03/18/2025) |
| 03/19/2025 | 289 | ORDER granting 288 Joint Motion for Continuance.<br>The following deadlines are continued:<br>The parties will hold a second meet and confer on or before March 25, 2025.<br>A proposed Scheduling Order will be filed on or before March 21, 2025.<br>A follow−up Discovery Status Conference will be held on **March 28, 2025 at 10:00 AM**.<br><br>Signed by Judge Maria E. Garcia on 3/19/25. (Esposito, A.) (Entered: 03/19/2025) |
| 03/19/2025 | 290 | NOTICE regarding hearing via Zoom: The follow−up discovery status conference scheduled for 3/28/2025 at 10:00 a.m. will be conducted via Zoom.<br><br>Call−in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 161 323 8360<br><br>Meeting Password: 399004<br><br>*The Court will distribute the video link to the parties via email.* |

| | | |
|---|---|---|
| | | Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 3/19/2025, at 4:00 p.m.* Follow–up discovery status conference set for **3/28/2025 at 10:00 AM** before Judge Maria E. Garcia. (Santos, S) (Entered: 03/19/2025) |
| 03/19/2025 | 291 | ORDER: The follow–up discovery status conference scheduled for March 28, 2025 has been rescheduled to March 27, 2025, at 10:00 a.m.<br>Signed by Judge Maria E. Garcia on 3/19/2025. (Santos, S) (Entered: 03/19/2025) |
| 03/19/2025 | 292 | NOTICE regarding hearing via Zoom: The follow–up discovery conference scheduled for 3/27/2025 at 10:00 a.m. will be conducted via Zoom.<br><br>Call–in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 161 323 8360<br><br>Meeting Password: 399004<br><br>*The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 3/28/2025, at 10:00 a.m.* Follow–up discovery status conference set for **3/27/2025 at 10:00 AM** before Judge Maria E. Garcia. (Santos, S) (Entered: 03/19/2025) |
| 03/19/2025 | 293 | TRANSCRIPT of Proceedings: Type of Hearing: Discovery Status Conference. Held on March 7, 2025 before Judge Maria E. Garcia. Court Reporter: Martha Marshall (Transcriber). **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 4/9/2025. Redacted Transcript Deadline set for 4/21/2025. Release of Transcript Restriction set for 6/17/2025. (Marshall, Martha) (Entered: 03/19/2025) |
| 03/19/2025 | 294 | MOTION to Compel by Saifullah Khan.Responses due by 4/9/2025 (Attachments: # 1 Exhibit Plaintiff's 2020 Discovery Requests and Yale Objections, # 2 Exhibit Plaintiff's 2024 Discovery Requests and Yale Objections, # 3 Affidavit of Compliance with Local Rule 37, # 4 Text of Proposed Order)Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 03/19/2025) |

| 03/21/2025 | 295 | PROPOSED ORDER *Joint Proposed Scheduling Order* by Jane Doe. (Gooley, Brendan) (Entered: 03/21/2025) |
|---|---|---|
| 03/27/2025 | 296 | Minute Entry for proceedings held before Judge Maria E. Garcia: Follow−up discovery status conference held on 3/27/2025. Total Time: 51 minutes (Court Reporter Courtsmart.) (Santos, S) (Entered: 03/27/2025) |
| 03/27/2025 | 297 | AMENDED SCHEDULING ORDER. During a Discovery Status Conference held March 27, 2025, the Court heard the parties on their Joint Proposed Scheduling Order, ECF No. 295. The parties agree that fact and expert discovery will not be conducted in phases. The Court adopts and modifies the schedule as follows:<br><br>−Defendants' Response to Plaintiff's Motion to Compel by April 28, 2025. Plaintiff's Reply by May 5, 2025. The briefs will include legal authority for the discovery they seek to compel.<br>−Update Initial Disclosures on or before April 30, 2025.<br>−Remaining Motions to Compel, including issues raised regarding the Privilege Logs and redactions, will be filed by April 30, 2025.<br>−Responses to Remaining Motions to Compel by May 21, 2025.<br>−Disclosure of Plaintiff's Rebuttal Experts by May 19, 2025.<br>−Fact Depositions, other than Jane Doe, by August 15, 2025.<br>−Supplementation of Expert Reports by July 31, 2025.<br>−Depositions of Rebuttal Experts by August 30, 2025.<br>−*Daubert*/Expert Motions by September 30, 2025.<br>−Close of Discovery (Doe's Deposition) by October 15, 2025.<br>−Filing of Dispositive Motions by November 14, 2025.<br>−Opposition to Dispositive Motions by December 19, 2025.<br>−Replies to Dispositive Motions by January 9, 2026.<br><br>Signed by Judge Maria E. Garcia on 3/27/25. (Esposito, A.) (Entered: 03/27/2025) |
| 03/27/2025 | 298 | MEMORANDUM of March 27, 2025, Discovery Status Conference.<br>−Plaintiff will provide to Defendants a list of the people he seeks to depose by April 11, 2025, for discussion during the scheduled meet and confer conferences.<br>−By April 11, 2025, Defendants will provide dates for Plaintiff's deposition which the parties have agreed to be limited to ten hours spread over two nonconsecutive days.<br>−Plaintiff and Defendant Doe will hold a separate meet and confer regarding outstanding discovery that may be the subject of a Motion to Compel in an effort to narrow the discovery at issue.<br>−The parties agreed to hold follow−up meet and confer conferences in person on April 18 and 21, 2025. The parties will discuss Plaintiff's July 2024, 84 Requests for Production during the conferences.<br>− The parties will file a Joint Status Report on or before **April 23, 2025,** and provide a chart of the deposition schedule. The chart will contain the details discussed during today's conference, including identifying the date for the depositions, whether the deposition will be taken in person or virtually, the expected length of the deposition, and any other information that will assist the parties in scheduling.<br>−A follow−up Discovery Status Conference will be held on **April 24, 2025 at 10:00 AM** via Zoom.<br><br>Signed by Judge Maria E. Garcia on 3/27/2025. (Esposito, A.) Modified text on 3/27/2025 (Santos, S). (Entered: 03/27/2025) |
| 03/27/2025 | 299 | NOTICE regarding hearing via Zoom: The follow−up discovery status conference scheduled for 4/24/2025 at 10:00 a.m. will be conducted via Zoom.<br><br>Call−in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 160 125 5046<br><br>Meeting Password: 191120<br><br>*The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by** |

| | | |
|---|---|---|
| | | **the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. <br><br>NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. <br>Follow−up discovery status conference set for **4/24/2025 at 10:00 AM** before Judge Maria E. Garcia. (Santos, S) (Entered: 03/27/2025) |
| 03/27/2025 | 300 | Set Deadlines: Dispositive motion due by 11/14/2025, responses due 12/19/2025, replies due 1/9/2026, response to 294 MOTION to Compel due by 4/28/2025, reply by 5/5/2025. (Santos, S) (Entered: 03/31/2025) |
| 03/27/2025 | | Set Deadlines: Joint status report due by 4/23/2025. (Santos, S) (Entered: 03/31/2025) |
| 03/31/2025 | 301 | ENTERED IN ERROR: NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. <br>A follow−up settlement call is scheduled for **March 31, 2025, at 4:00 p.m.**, before Judge Maria E. Garcia. All parties shall attend. To join the call, please dial **203−684−6202** and enter the **conference ID 174 517 042#** when prompted. (Santos, S) Modified on 3/31/2025 (Santos, S). (Entered: 03/31/2025) |
| 03/31/2025 | 302 | Docket Entry Correction re 301 Calendar Entry: Docketed on wrong case. (Santos, S) (Entered: 03/31/2025) |
| 04/18/2025 | 303 | ORDER. The Telephonic Status Conference scheduled for April 22, 2025, *see* ECF No. 68, is cancelled. It shall be rescheduled by the Court to a date after the close of discovery. <br>Signed by Judge Kari A. Dooley on 4/18/2025. (Alquesta, S) (Entered: 04/18/2025) |
| 04/23/2025 | 304 | Joint STATUS REPORT *AND MOTION FOR EXTENSION* by Jane Doe. (Gooley, Brendan) (Entered: 04/23/2025) |
| 04/24/2025 | 305 | ORDER granting 304 Joint STATUS REPORT AND MOTION FOR EXTENSION by Jane Doe. <br>The Court held a Discovery Status Conference today. The Parties reported progress scheduling depositions and reported that they continue to meet and confer to address issues raised in Plaintiff's Motion to Compel and Plaintiff's Privilege Log. The Joint Motion to Extend the deadlines are granted as follows: <br>1. Responses to Plaintiff's Motion to Compel are due **May 7, 2025**; <br>2. Remaining Motions to Compel are due **May 7, 2025**; and <br>3. Responses to remaining Motions to Compel are due **May 28, 2025**. <br><br>A follow−up Discovery Status Conference will be held via Zoom on **May 9, 2025 at 1:00 PM.** The parties will file a Joint Status Report, by the close of business **May 8, 2025** identifying issues to be addressed during the conference. <br>Signed by Judge Maria E. Garcia on 4/24/25. (Esposito, A.) (Entered: 04/24/2025) |
| 04/24/2025 | 306 | Minute Entry for proceedings held before Judge Maria E. Garcia: Motion hearing 304 Joint STATUS REPORT *AND MOTION FOR EXTENSION* by Jane Doe. Motion Hearing held on 4/24/2025 via Zoom. Follow−up Discovery status conference held on 4/24/2025 via Zoom. Total Time: 13 minutes (Court Reporter Courtsmart.) (Santos, S) (Entered: 04/24/2025) |
| 04/24/2025 | 307 | NOTICE regarding hearing via Zoom: The follow−up discovery status conference scheduled for 5/9/2025 at 1:00 p.m. will be conducted via Zoom. <br><br>Call−in and Public Access Number: 1 646 828 7666 <br><br>Meeting ID: 160 703 8044 <br><br>Meeting Password: 390308 |

| | | |
|---|---|---|
| | | *The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Follow–up discovery status conference set for **5/9/2025 at 1:00 PM** before Judge Maria E. Garcia. (Santos, S) (Entered: 04/28/2025) |
| 04/24/2025 | | Set Deadlines: Joint status report due by 5/8/2025. (Santos, S) (Entered: 04/28/2025) |
| 05/06/2025 | 308 | Joint MOTION for Extension of Time until 5/12 and 5/13 To File Motions to Compel and File Joint Status Report, and to reschedule Discovery Status Conference by Yale University. Motions referred to Maria E. Garcia(Weller, Giovanna) (Entered: 05/06/2025) |
| 05/07/2025 | 309 | ORDER granting 308 Joint Motion for Extension of Time as follows:<br>– Motions to Compel are due **Monday, March 12, 2025;** and<br>–The parties will file a Joint Status Report by **Friday, May 16, 2025;**<br>A follow–up Discovery Status Conference is *rescheduled* to **Monday, May 19, 2025 at 2:00 PM.**<br>Signed by Judge Maria E. Garcia on 5/7/25. (Esposito, A.) (Entered: 05/07/2025) |
| 05/07/2025 | 310 | NOTICE regarding hearing via Zoom: The follow–up discovery status conference scheduled for 5/19/2025 at 2:00 p.m. will be conducted via Zoom.<br><br>Call–in and Public Access Number: 1 646 828 7666<br><br>Meeting ID: 160 703 8044<br><br>Meeting Password: 390308<br><br>*The Court will distribute the video link to the parties via email.*<br><br>Please note: **Members of the public are permitted to join this hearing by audio only using the public access number above. Video participation is permitted by the parties and counsel only.** This is in accordance with the remote access policies of the Judicial Conference of the United States, which governs the practices of the federal courts. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. Violation of these prohibitions may result in sanctions, including restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.<br><br>NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. *RESET FROM 5/9/2025, at 1:00 p.m.*<br>Follow–up discovery status conference set for **5/19/2025 at 2:00 PM** before Judge Maria E. Garcia. (Santos, S) (Entered: 05/07/2025) |
| 05/07/2025 | | Set Deadlines: Joint status report due by 5/16/2025. (Santos, S) (Entered: 05/07/2025) |
| 05/07/2025 | 311 | Memorandum in Opposition re 294 MOTION to Compel filed by Yale University. (Attachments: # 1 Affidavit M. Laurato, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S)(Laurato, Maria) (Entered: 05/07/2025) |

| 05/07/2025 | 312 | MOTION to Seal EXHIBITS F, H, I, J AND P TO OPPOSITION TO MOTION TO COMPEL by Yale University. Motions referred to Maria E. Garcia(Laurato, Maria) (Entered: 05/07/2025) |
|---|---|---|
| 05/07/2025 | 313 | Memorandum in Opposition re 294 MOTION to Compel filed by Jane Doe. (Gooley, Brendan) (Entered: 05/07/2025) |
| 05/07/2025 | 314 | Sealed Document: Sealed Exs. F, H, I, J, P to Yale University's Opposition to Plaintiff's Motion to Compel by Yale University re 312 MOTION to Seal EXHIBITS F, H, I, J AND P TO OPPOSITION TO MOTION TO COMPEL . (Laurato, Maria) (Entered: 05/07/2025) |
| 05/09/2025 | 315 | Joint MOTION for Extension of Time until May 12, 2025 to May 21, 2025, May 12, 2025 to May 14, 2025, and May 19, 2025 to June 9, 2025 for Filing Motions to Compel and to Disclose Rebuttal Experts by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 05/09/2025) |
| 05/12/2025 | 316 | ORDER granting 315 Joint Motion for Extension of Time for Filing Remaining Motions to Compel and for Disclosure of Rebuttal Experts as follows:<br>−Plaintiff will file his Motion to Compel regarding remaining issues as to (a) Jane Doe; and (b) Entries related to Jane's claim regarding psychotherapist patient privilege on Yale's privilege log by **May 21, 2025;**<br>−The parties will file their Motions to Compel regarding Plaintiff's privilege log and Yale's privilege log (other than entries on that log related to Janes psychotherapist patient privilege) by **May 14, 2025; and**<br>−Plaintiff will disclose his rebuttal experts by **June 9, 2025.**<br><br>Plaintiff's replies to Defendants objections, (ECF Nos. 311 and 313), to Plaintiff's Motion to Compel as to Yale, (ECF No. 294), are due on **May 14, 2025, by agreement.** *See* D. Conn. L. Civ. R. 7(d) ("Reply memoranda are permitted but not required.... A reply memorandum may not exceed 10 pages. A reply memorandum must be strictly confined to a discussion of matters raised by, and must contain references to the pages of, the memorandum to which it replies. No sur−replies may be filed without permission of the Court, which may, in its discretion, grant permission upon a showing of good cause.").<br>Signed by Judge Maria E. Garcia on 5/12/25. (Esposito, A.) (Entered: 05/12/2025) |
| 05/12/2025 | 317 | ORDER re 269 Order to Show Cause and denying as moot 278 Motion to Seal. See attached order. For the reasons described therein, the Court issues the following orders:<br><br>1. ECF Nos. 75−10, 103−7, and 123−2 shall remain under seal.<br><br>2. The unredacted versions of ECF Nos. 75, 103−1, 114−4, 123−1, 157−1, and 166 shall remain under seal.<br><br>3. Defendant Doe is directed to docket the redacted versions of ECF Nos. 75, 103−1, 114−4, 123−1, 157−1, and 166, currently docketed under seal at ECF Nos. 279−1 through 279−6, as individual submissions, linked back to the original sealed documents for ease of public reference.<br><br>4. The Clerk of Court is directed to unseal ECF Nos. 74, 75−1, 75−2, 75−3, 75−4, 75−5, 75−6, 75−7, 75−8, 75−9, 77, 96, 96−1, 103, 103−2, 103−3, 103−4, 103−5, 103−6, 103−8, 103−9, 114, 114−1, 114−2, 114−3, 123, 157, and 166−1.<br><br>5. In light of the above orders, Defendant Doe's Motion at ECF No. 278 is DENIED as moot. As such, the Clerk of Court is directed to unseal ECF Nos. 279−1 through 279−6.<br><br>So ordered.<br><br>Signed by Judge Kari A. Dooley on 5/12/2025. (Alquesta, S) (Entered: 05/12/2025) |
| 05/12/2025 | 318 | ORDER granting in part and denying in part 281 Motion for Order. Defendant Doe requests an order requiring "that any briefing related to unsealing documents that (1) could allow anyone to identify Jane or (2) substantively discusses the information in |

| | | |
|---|---|---|
| | | ECF 114–4 that Jane seeks to maintain under seal be filed under seal." Plaintiff has not objected to this motion, and the time for him to do so has passed. With respect to Defendant Doe's first request, the Court has already issued an order prohibiting Plaintiff from publicly disclosing Defendant Doe's identity, "directly or indirectly (including through his counsel)." *See* Ruling and Order, ECF No. 119 , at 15. That order remains in effect, and by its language encompasses filings on the docket. Any further order to that effect would be redundant. Therefore, Defendant Doe's request that the Court issue a separate order requiring that any briefing which could be used to identify her be filed under seal is DENIED as moot.<br><br>With respect to Defendant Doe's second request, the Court has reviewed the contents of ECF No. 114–4, including the portion that Defendant Doe characterized in her response to the Court's Order to Show Cause as "inaccurate, vile allegations." ECF No. 277 at 5. The Court has concluded that maintaining these portions of ECF No. 114–4 under seal is warranted. *See* ECF No. 317 . The request is therefore GRANTED, and it is ordered that any further filings which contain the portions of ECF No. 114–4 that remain sealed must also be filed under seal.<br><br>Signed by Judge Kari A. Dooley on 5/12/2025. (Alquesta, S) (Entered: 05/12/2025) |
| 05/12/2025 | 319 | MOTION for Extension of Time until May 21, 2025 Motion To Compel Regarding Additional Issue by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 05/12/2025) |
| 05/13/2025 | 320 | ORDER granting 319 on consent Jane Doe's MOTION for Extension of Time until May 21, 2025, to file Motion To Compel Regarding Plaintiff's Production of Certain Electronic Messages. Signed by Judge Maria E. Garcia on 5/13/25. (Esposito, A.) (Entered: 05/13/2025) |
| 05/13/2025 | 321 | Set/Reset Deadlines as to 312 MOTION to Seal EXHIBITS F, H, I, J AND P TO OPPOSITION TO MOTION TO COMPEL.<br>Responses due by 5/28/2025.<br>(Esposito, A.) (Entered: 05/13/2025) |
| 05/14/2025 | 322 | MOTION to Compel by Yale University.Responses due by 6/4/2025 (Attachments: # 1 Memorandum in Support, # 2 Affidavit M.L. Laurato, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I)Motions referred to Maria E. Garcia(Laurato, Maria) (Entered: 05/14/2025) |
| 05/14/2025 | 323 | MOTION to Seal Exhibits A, B, C, E, F and H to the Memorandum in Support of Motion to Compel by Yale University. Motions referred to Maria E. Garcia(Laurato, Maria) (Entered: 05/14/2025) |
| 05/14/2025 | 324 | Sealed Document: Exs. A, B, C, E, F and H to the Memorandum in Support of the Motion to Compel by Yale University re 323 MOTION to Seal Exhibits A, B, C, E, F and H to the Memorandum in Support of Motion to Compel . (Laurato, Maria) (Entered: 05/14/2025) |
| 05/14/2025 | 325 | MOTION to Compel by Jane Doe.Responses due by 6/4/2025 (Attachments: # 1 Memorandum in Support, # 2 Affidavit Declaration of Brendan Gooley)Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 05/14/2025) |
| 05/14/2025 | 326 | REPLY to Response to 294 MOTION to Compel filed by Saifullah Khan. (Taubes, Alexander) (Entered: 05/14/2025) |
| 05/14/2025 | 327 | MOTION to Compel by Saifullah Khan.Responses due by 6/4/2025 (Attachments: # 1 Exhibit Yale's Privilege Log (4/28/25), # 2 Affidavit Certifying Compliance With Local Rule)Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 05/14/2025) |
| 05/16/2025 | 328 | Joint STATUS REPORT by Saifullah Khan. (Taubes, Alexander) (Entered: 05/16/2025) |
| 05/19/2025 | 329 | ORDER. As discussed at the discovery status conference on May 19, 2025, the parties shall file their responses to the pending 322 325 327 Motions to Compel on or before **June 4, 2025.** |

| | | All parties asserting privilege shall submit to Judge Garcia's chambers, by **June 4, 2025,** copies of all documents being withheld on the basis of privilege for *in camera* review.<br>It is so ordered. Signed by Judge Maria E. Garcia on 5/19/2025. (Karamanakis, K) (Entered: 05/19/2025) |
|---|---|---|
| 05/19/2025 | 330 | Minute Entry for proceedings held before Judge Maria E. Garcia: Follow−up discovery status conference held on 5/19/2025. Total Time: 19 minutes (Court Reporter Courtsmart.) (Santos, S) (Entered: 05/19/2025) |
| 05/20/2025 | 331 | MOTION to Seal Motion for Judgment of Dismissal and/or Other Sanctions and Exhibits by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 05/20/2025) |
| 05/20/2025 | 332 | MOTION for Judgment by Jane Doe.Responses due by 6/10/2025 (Attachments: # 1 Affidavit Declaration of Brendan Gooley, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit J, # 6 Exhibit M, # 7 Exhibit N, # 8 Exhibit R, # 9 Exhibit T, # 10 Exhibit U, # 11 Exhibit V)(Gooley, Brendan) (Entered: 05/20/2025) |
| 05/20/2025 | 333 | Sealed Document: Sealed Motion for Judgment of Dismissal and/or Other Sanctions and Exhibits by Jane Doe . (Attachments: # 1 Exhibit A (Sealed), # 2 Exhibit B (Sealed), # 3 Exhibit C (Sealed), # 4 Exhibit D (Sealed), # 5 Exhibit E (Sealed), # 6 Exhibit F (Sealed), # 7 Exhibit G (Sealed), # 8 Exhibit K (Sealed), # 9 Exhibit L (Sealed), # 10 Exhibit O (Sealed), # 11 Exhibit P (Sealed), # 12 Exhibit Q (Sealed), # 13 Exhibit S (Sealed), # 14 Exhibit W (Sealed))(Gooley, Brendan) (Entered: 05/20/2025) |
| 05/21/2025 | 334 | MOTION to Seal Exhibits A−C to Motion to Compel by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 05/21/2025) |
| 05/21/2025 | 335 | MOTION to Compel *Complete and Understandable Messages* by Jane Doe.Responses due by 6/11/2025 (Attachments: # 1 Memorandum in Support, # 2 Affidavit Declaration of Brendan Gooley, # 3 Exhibit A − To Be Filed Under Seal, # 4 Exhibit B − To Be Filed Under Seal, # 5 Exhibit C − To Be Filed Under Seal)Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 05/21/2025) |
| 05/21/2025 | 336 | Sealed Document: Sealed Exhibits A−C to Motion to Compel Complete and Understandable Messages by Jane Doe . (Attachments: # 1 Exhibit A (SEALED), # 2 Exhibit B (SEALED), # 3 Exhibit C (SEALED))(Gooley, Brendan) (Entered: 05/21/2025) |
| 05/30/2025 | 337 | Consent MOTION for Extension of Time until 7/9 to disclose rebuttal experts and extending related deadlines accordingly 316 Order on Motion for Extension of Time,,,,, by Saifullah Khan. Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 05/30/2025) |
| 05/30/2025 | 338 | Consent MOTION for Extension of Time to File Response/Reply as to 332 MOTION for Judgment until 7/1/25 by Saifullah Khan. Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 05/30/2025) |
| 05/30/2025 | 339 | ORDER granting 337 on consent MOTION for Extension of Time until July 9, 2025, to disclose rebuttal experts and extending related deadlines as follows:<br>Plaintiffs deadline to disclose his experts: **July 9, 2025**<br>Supplementation of Expert Reports: **September 3, 2025**<br>Depositions of Plaintiffs experts: **September 30, 2025**<br>Daubert/expert motions: **October 30, 2025**<br>Signed by Judge Maria E. Garcia on 5/30/25. (Esposito, A.) (Entered: 05/30/2025) |
| 05/30/2025 | 340 | ORDER granting 338 on consent Motion for Extension of Time to File Response/Reply regarding 332 Motion for Judgment of Dismissal and/or Other Sanctions.<br>Responses due by **7/1/2025.** .<br>Signed by Judge Maria E. Garcia on 5/30/25. (Esposito, A.) (Entered: 05/30/2025) |
| 05/30/2025 | 341 | Set/Reset Deadlines as to 332 MOTION for Judgment of Dismissal and/or Other Sanctions.<br>Responses due by 7/1/2025. (Esposito, A.) (Entered: 05/30/2025) |

| 05/30/2025 | 342 | Consent MOTION for Extension of Time to File Response/Reply as to 327 MOTION to Compel , 322 MOTION to Compel , 325 MOTION to Compel until 6/18/25 by Saifullah Khan. Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 05/30/2025) |
|---|---|---|
| 06/03/2025 | 343 | ORDER granting 342 on consent Motion for Extension of Time to File Response/Reply re: 322 MOTION to Compel; 325 MOTION to Compel; and 327 MOTION to Compel and the delivery of copies of documents being withheld on the basis of privilege for *in camera* review. <br> Responses due by 6/18/2025. <br> Signed by Judge Maria E. Garcia on 6/3/25. (Esposito, A.) (Entered: 06/03/2025) |
| 06/10/2025 | 344 | MOTION to Compel *documents and information withheld by Jane Doe* by Saifullah Khan.Responses due by 7/1/2025 (Attachments: # 1 Affidavit in compliance with Rule 37, # 2 Exhibit Jane Doe's Discovery Objections, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 06/10/2025) |
| 06/17/2025 | 345 | Memorandum in Opposition re 327 MOTION to Compel filed by Yale University. (Attachments: # 1 Affidavit of Attorney Maria L. Laurato, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Laurato, Maria) (Entered: 06/17/2025) |
| 06/17/2025 | 346 | MOTION to Seal Exhibits F and G to Yale's Memorandum in Opposition to Plaintiff's Motion to Compel by Yale University. Motions referred to Maria E. Garcia(Laurato, Maria) (Entered: 06/17/2025) |
| 06/17/2025 | 347 | Sealed Document: Sealed Exhibits F and G to Yale's Memorandum in Opposition to Plaintiff's Motion to Compel by Yale University re 346 MOTION to Seal Exhibits F and G to Yale's Memorandum in Opposition to Plaintiff's Motion to Compel . (Laurato, Maria) (Entered: 06/17/2025) |
| 06/17/2025 | 348 | OBJECTION re 327 MOTION to Compel filed by Jane Doe. (Gooley, Brendan) (Entered: 06/17/2025) |
| 06/17/2025 | 349 | MOTION to Compel re 322 MOTION to Compel *and notice of voluntary production despite substantial justification of privilege claim* filed by Saifullah Khan. (Attachments: # 1 Affidavit)(Taubes, Alexander) Modified on 6/18/2025 to correct event type (Fanelle, N.) (Entered: 06/17/2025) |
| 06/18/2025 | 350 | ExParte Document by Saifullah Khan *Notice of Manual Filing of Binders Containing Documents*. (Taubes, Alexander) (Entered: 06/18/2025) |
| 06/18/2025 | 351 | ORDER re: 349 MOTION to Compel filed by Saifullah Khan. <br> In light of the titled Plaintiff's "Motion to Compel" (ECF No. 349), which does not appear to be a motion but rather a response to Yale's Motion to Compel (ECF No. 322) and Doe's Motion to Compel (ECF No. 325), communications with Peter Roe listed on Plaintiff's privilege log, the parties will meet and confer and file a Joint Status Report by the close of business June 20, 2025, regarding the status of these Motions to Compel (ECF Nos. 322, 325), and state whether the relief they seek is now moot. Plaintiff is instructed not to "voluntarily produce" documents for *in camera* review that are no longer at issue. ECF No. 350. <br> Signed by Judge Maria E. Garcia on 6/18/25. (Esposito, A.) (Entered: 06/18/2025) |
| 06/19/2025 | 352 | Joint MOTION for Extension of Time until Tuesday, June 24, 2025 to meet and confer and file Joint Status Report 351 Order,,, by Yale University. Motions referred to Maria E. Garcia(Laurato, Maria) (Entered: 06/19/2025) |
| 06/20/2025 | 353 | ORDER granting 352 Joint MOTION for Extension of Time until **Tuesday, June 24, 2025** to meet and confer and file Joint Status Report. <br> Signed by Judge Maria E. Garcia on 8/20/25. (Esposito, A.) (Entered: 06/20/2025) |
| 06/20/2025 |  | Set Deadlines: Joint Status Report due by 6/24/2025. (Santos, S) (Entered: 06/23/2025) |
| 06/23/2025 | 354 | ORDER. As contained in the Yale Defendants' Opposition to Plaintiff's Motion to Compel, ECF No. 345 , at 2, on June 16, 2025, Plaintiff published a post on X that the Court considers a present intention or thinly veiled threat to publicly identify Defendant Jane Doe. This would, of course, violate the Court's Order at ECF No. 119 . |

| | | |
|---|---|---|
| | | This post is yet another example of Plaintiff's troubling conduct. Plaintiff is reminded that the Court's Order dated June 19, 2024, at ECF No. <u>119</u> , remains in full force and effect. Plaintiff's counsel is directed to provide a copy of this order to Plaintiff by **July 1, 2025**.<br>Signed by Judge Kari A. Dooley on 6/23/2025. (Alquesta, S) (Entered: 06/23/2025) |
| 06/24/2025 | 355 | ORDER granting in part and denying in part <u>312</u> Yale's Motion to Seal unredacted copies of Exhibits F, H, I, J, and P filed with its Memorandum in Opposition to Plaintiffs Motion to Compel (ECF No. 294, 311), in accordance with the Protective Order entered in this case providing for the confidentiality of certain documents. ECF. No. 198.<br>Plaintiff has not filed a response to the Motion to Seal and the time for doing so has expired. After careful consideration, the motion to seal is granted as to Exhibits F and H for the same reasons stated in Judge Dooley's previous ruling on motions to seal, at ECF No. 93: "The Court finds a clear and compelling reason for sealing as the filings contain privileged and confidential information. The Court further finds that the proposed sealing is narrowly tailored to address this privacy concern."<br>The Court finds that as to Exhibits I, J, and P, that the documents may contain some information warranting sealing and finds that other information contained in these exhibits do not require sealing. Accordingly, Exhibits I, J, and P shall be refiled with appropriate redactions narrowly tailored to address privacy concerns. It is so ordered.<br>Signed by Judge Maria E. Garcia on 6/24/25. (Esposito, A.) (Entered: 06/24/2025) |
| 06/24/2025 | 356 | ORDER granting <u>323</u> Yale's Motion to Seal unredacted copies of Exhibits A, B, C, E, F, and H filed with its Memorandum in Support of its Motion to Compel (ECF No. 322), in accordance with the Protective Order entered in this case providing for the confidentiality of certain documents. ECF. No. 198.<br>Plaintiff has not filed a response to the Motion to Seal and the time for doing so has expired. After careful consideration, and for the same reasons stated in Judge Dooley's previous ruling on motions to seal, at ECF No. 93: "The Court finds a clear and compelling reason for sealing as the filings contain privileged and confidential information. The Court further finds that the proposed sealing is narrowly tailored to address this privacy concern." It is so ordered.<br>Signed by Judge Maria E. Garcia on 6/24/25. (Esposito, A.) (Entered: 06/24/2025) |
| 06/24/2025 | 357 | ORDER granting in part and denying in part <u>331</u> Doe's Motion to Seal an unredacted version of the motion; Exhibits A, B, D, C, E, F, K,L, O, P, Q, R, S and W; and Exhibits 1, 2, 3, to Exhibit G, Declaration of Attorney Maria Laurato, filed with her Memorandum in Support of her Motion to Compel (ECF No. 335)<br>Plaintiff properly designated the Exhibits to the Motion to Compel as confidential pursuant to, the Protective Order entered in this case providing for the confidentiality of certain documents. ECF. No. 198.<br>Plaintiff has not filed a response to the Motion to Seal and the time for doing so has expired. After careful consideration, the motion to seal is granted as to Exhibits A, B, D, C, E, F, K,L, O, P, Q, R, S and W; and Exhibits 2 to Exhibit G. The Court finds that Doe redacted from Exhibits 1 and 3 to Exhibit G the information that warrants sealing and finds that the other information contained in the exhibit does not require sealing. Accordingly, Exhibits 1 and 3 to Exhibit G, the Declaration of Attorney Maria Laurato, do not need to remain under seal with these appropriate redactions. It is so ordered.<br>Signed by Judge Maria E. Garcia on 6/24/25. (Esposito, A.) (Entered: 06/24/2025) |
| 06/24/2025 | 358 | ORDER denying <u>334</u> Doe's Motion to Seal copies of Exhibits A, B and C filed with her Memorandum in Support of her Motion to Compel (ECF No. 335)<br>Plaintiff properly designated the Exhibits to the Motion to Compel as "confidential" pursuant to, the Protective Order entered in this case providing for the confidentiality of certain documents. ECF. No. 198.<br>Plaintiff has not filed a response to the Motion to Seal and the time for doing so has expired. After careful consideration, the Court finds that Doe redacted from the exhibits the information that warrants sealing and finds that the other information contained in the exhibit does not require sealing. Accordingly, Exhibits A, B and C do not need to remain under seal with these appropriate redactions. It is so ordered.<br>Signed by Judge Maria E. Garcia on 6/24/25. (Esposito, A.) (Entered: 06/24/2025) |

| | | |
|---|---|---|
| 06/24/2025 | 359 | ORDER granting 346 Yale's Motion to Seal copies of Exhibits F and G to its Memorandum in Opposition to Plaintiff's Motion to Compel (ECF No. 327, 345), in accordance with the Protective Order entered in this case providing for the confidentiality of certain documents. ECF. No. 198. Plaintiff has not filed a response to the Motion to Seal and the time for doing so has expired. After careful consideration, and for the same reasons stated in Judge Dooley's previous ruling on motions to seal, at ECF No. 93: "The Court finds a clear and compelling reason for sealing as the filings contain privileged and confidential information. The Court further finds that the proposed sealing is narrowly tailored to address this privacy concern." It is so ordered. Signed by Judge Maria E. Garcia on 6/24/25. (Esposito, A.) (Entered: 06/24/2025) |
| 06/24/2025 | 360 | Joint STATUS REPORT by Yale University. (Attachments: # 1 Affidavit of Maria L. Laurato, # 2 Exhibit A to Laurato Affidavit)(Laurato, Maria) (Entered: 06/24/2025) |
| 06/25/2025 | 361 | ORDER *sua sponte* STAYING discovery. "It is axiomatic that the trial court enjoys wide discretion in its handling of pre–trial discovery." *Wills v. Amerada Hess Corp.*, 379 F.3d 32, 51 (2d Cir. 2004). "The decision whether to issue a stay is firmly within a district court's discretion, and in balancing the relevant factors the basic goal is to avoid prejudice." *In re Frontier Commc'ns Corp. Derivative Litig.*, No. 3:17–CV–1792 (VAB), 2018 WL 3553332, at *6 (D. Conn. July 23, 2018) (quotation marks and citation omitted). Generally, it is not the practice of this Court to stay discovery upon the filing of a motion to dismiss. *See Kollar v. Allstate Ins. Co.*, No. 3:16–CV–01927 (VAB), 2017 WL 10992213, at *1 (D. Conn. Nov. 6, 2017). However, consideration of the relevant and applicable factors, *see Stanley Works Israel Ltd. V. 500 Grp.*, Inc. 2018 WL 1960112, at *2 (D. Conn. Apr. 26, 2018), may present good cause to stay discovery. And "the Court may, in the interests of justice, stay proceedings *sua sponte*." *City of New York v. Gutlove & Shirvint, Inc.*, No. 08–CV–1372(CBA)(JMA), 2008 WL 4862697, at *1 (E.D.N.Y. Nov. 10, 2008).<br><br>Pending before the Court is Defendants' *third* motion for dismissal premised on Plaintiff's litigation misconduct and discovery abuses. While the motion is presently in briefing and Plaintiff's response is due on July 1, 2025, the motion includes serious and very troubling allegations as to Plaintiff's conduct, and unfortunately (though to a lesser extent), counsel's conduct. In the Court's view, unless and until the issues raised are fully briefed and adjudicated, it is proper to pause the litigation. Discovery is STAYED. All previously set deadlines are suspended. New deadlines shall be set, as may be necessary or appropriate, following adjudication of the motion to dismiss. So Ordered.<br><br>Signed by Judge Kari A. Dooley on 6/25/2025. (Alquesta, S) (Entered: 06/25/2025) |
| 06/26/2025 | 362 | EXHIBIT *I, J and P (Redacted) to Yale's Opposition to Plaintiff's Motion to Compel, previously filed under seal at ECF314* by Yale University re 314 Sealed Document,. (Attachments: # 1 Exhibit I (redacted), # 2 Exhibit J (redacted), # 3 Exhibit P (redacted))(Laurato, Maria) (Entered: 06/26/2025) |
| 06/27/2025 | 363 | MOTION to Seal ECF No. 344–3 by Saifullah Khan. Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 06/27/2025) |
| 06/27/2025 | 364 | RESPONSE re 332 MOTION for Judgment filed by Saifullah Khan. (Taubes, Alexander) (Entered: 06/27/2025) |
| 06/27/2025 | 365 | Emergency SEALED MOTION Sealed Emergency Motion by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 06/27/2025) |
| 06/27/2025 | 366 | MOTION for Clarification by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 06/27/2025) |
| 06/27/2025 | 367 | ORDER granting 365 Sealed Emergency Motion to Seal. In its order issued on May 12, 2025, the Court found that, based on the record in this case and at this stage in the litigation, protecting Defendant Jane Doe's identity from public disclosure was a "higher value" that outweighs the public presumption of access to certain court documents. *See* ECF No. 317 at 4. The Court therein made specific findings and issued orders as to individual documents. *Id.* at 48. These orders called for, *inter alia*, the parties to file redacted versions of certain documents that had been filed under seal. Among the information that the Court ordered redacted were instances where the |

parties referenced individuals who had reposted Defendant Doe's name on the internet, because this information could allow a reader to identify her by directing the reader to the identifying posts.

In his 364 Response to Defendant's 332 Motion for Judgment of Dismissal, Plaintiff included an unredacted reference to a social media user who had publicly identified Defendant Doe. In response, Defendant Doe filed this Emergency Motion to Seal. Upon filing her motion, Defendant Doe's counsel called the Court to ensure that it was aware of the motion, and verbally represented that he had conferred with Plaintiffs counsel, and that Plaintiff's counsel consented to the Court granting the Motion to Seal.

For the reasons articulated in the Court's May 12, 2025, Order, ECF No. 317 , Defendant Doe's Motion to Seal is GRANTED. The Clerk of Court is directed to seal ECF No. 364 , and Plaintiff is directed to file a publicly available version of his Response on the docket, with the requested information redacted.

The Court reminds both parties to redact any similar information in their filings going forward. So Ordered.

Signed by Judge Kari A. Dooley on 6/27/2025. (Alquesta, S) (Entered: 06/27/2025)

| Date | No. | Description |
|---|---|---|
| 06/27/2025 | 368 | RESPONSE re 332 MOTION for Judgment *redacted per ECF No. 367* filed by Saifullah Khan. (Taubes, Alexander) (Entered: 06/27/2025) |
| 06/30/2025 | 369 | ORDER granting 366 Motion for Clarification and denying Motion for Extension of Time in light of Order staying discovery. "Discovery is STAYED. All previously set deadlines are suspended. New deadlines shall be set, as may be necessary or appropriate, following adjudication of the motion to dismiss." ECF No. 361. Signed by Judge Maria E. Garcia on 6/30/25. (Esposito, A.) (Entered: 06/30/2025) |
| 06/30/2025 | 370 | ORDER denying 363 Plaintiff's Motion to Seal Exhibit A (344–3), filed with his Memorandum in Support of his Motion to Compel on June 10, 2025. ECF No. 344. Doe has not objected to the filing of this exhibit and the time so do so has expired. After careful consideration, the Court finds that Plaintiff redacted from the exhibit the information that warrants sealing and finds that the other information contained in the exhibit does not require sealing. Accordingly, Exhibit A (ECF No. 344–3), does not require sealing with these appropriate redactions. It is so ordered. Signed by Judge Maria E. Garcia on 6/30/25. (Esposito, A.) (Entered: 06/30/2025) |
| 07/10/2025 | 371 | MOTION for Leave to File *Supplemental Brief* by Jane Doe. (Attachments: # 1 Supplement Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P)Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 07/10/2025) |
| 07/11/2025 | 372 | ORDER granting 371 Motion for Leave to File Supplemental Brief. The Court will consider the supplemental briefing attached to Defendants' 371 motion. Signed by Judge Kari A. Dooley on 7/11/2025. (Alquesta, S) (Entered: 07/11/2025) |
| 07/11/2025 | 373 | RESPONSE re 364 Response *Reply in Further Support of Defendants' Motion for Judgment of Dismissal* filed by Jane Doe. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I (Filed Under Seal), # 10 Exhibit J)(Gooley, Brendan) (Entered: 07/11/2025) |
| 07/11/2025 | 374 | MOTION to Seal *Unredacted* Reply in Further Support of Motion for Judgment of Dismissal and Exhibit I by Jane Doe. Motions referred to Maria E. Garcia(Gooley, Brendan) (Entered: 07/11/2025) |
| 07/11/2025 | 375 | Sealed Document: Sealed Reply in Further Support of Motion for Judgment of Dismissal and Exhibit I to Reply by Jane Doe . (Attachments: # 1 Memorandum in Support of Motion for Judgment of Dismissal, # 2 Exhibit I)(Gooley, Brendan) (Entered: 07/11/2025) |

| | | |
|---|---|---|
| 07/14/2025 | 376 | ORDER granting 374 Motion to Seal For the reasons articulated in the Court's order issued on May 12, 2025, at ECF No. 317 , the Court finds that protecting Defendant Doe's identity from public disclosure and allowing Yale to preserve the confidentiality of students utilizing the UWC process are higher values that outweigh the presumption of public access to court documents. Thus, the narrowly tailored sealing and redactions proposed by Defendants regarding their Reply in Support of their Motion for Judgment of Dismissal and Exhibit 1 to that Reply are justified, and their motion to seal is GRANTED. Signed by Judge Kari A. Dooley on 7/14/2025. (Alquesta, S) (Entered: 07/14/2025) |
| 07/20/2025 | 377 | RESPONSE re 372 Order on Motion for Leave to File, 371 MOTION for Leave to File *Supplemental Brief* filed by Saifullah Khan. (Taubes, Alexander) (Entered: 07/20/2025) |
| 07/31/2025 | 378 | RESPONSE re 377 Response *to Defendants' Supplement* filed by Jane Doe. (Gooley, Brendan) (Entered: 07/31/2025) |
| 08/05/2025 | 379 | EXHIBIT *Memorandum of Law In Support of Emergency Motion for Judgment of Dismissal* by Jane Doe re 75 Sealed Document,. (Gooley, Brendan) (Entered: 08/05/2025) |
| 08/05/2025 | 380 | EXHIBIT *103–1 – Memorandum of Law in Support of Jane Doe's Motion to Continue Anonymity* by Jane Doe re 103 SEALED MOTION TO CONTINUE ANONYMITY. (Gooley, Brendan) (Entered: 08/05/2025) |
| 08/05/2025 | 381 | EXHIBIT *114–4* by Jane Doe re 114 SEALED MOTION for Sur–Reply in Further Support of Motion for a Protective Order. (Gooley, Brendan) (Entered: 08/05/2025) |
| 08/05/2025 | 382 | EXHIBIT *123–1 – Memorandum of Law in Support of Second Emergency Motion for Judgment of Dismissal* by Jane Doe re 123 SEALED MOTION Second Emergency Motion for Judgment of Dismissal. (Gooley, Brendan) (Entered: 08/05/2025) |
| 08/05/2025 | 383 | EXHIBIT *157–1 Memorandum in Opposition to Emergency Motions to Dismiss* by Jane Doe re 157 SEALED MOTION Objection to Emergency Motions to Dismiss and Memorandum in Opposition, concerning ECF Nos. 123, 131. (Gooley, Brendan) (Entered: 08/05/2025) |
| 08/05/2025 | 384 | EXHIBIT *166– Reply in Further Support of Second Emergency Motion for Judgment of Dismissal* by Jane Doe re 166 Sealed Document,. (Gooley, Brendan) (Entered: 08/05/2025) |
| 09/11/2025 | 385 | ORDER. The parties shall appear on **September 29, 2025 at 10:00 AM** on Defendant Doe's Motion for Judgment of Dismissal, ECF No. 333. Plaintiff Saifullah Khan is required to be present. Subject to any privileges he may wish to assert, it is the Court's intention to question Plaintiff under oath regarding his conduct throughout this litigation.<br>Signed by Judge Kari A. Dooley on 9/11/25.(Rathburn, E) (Entered: 09/11/2025) |
| 09/11/2025 | 386 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. A hearing re: Defendant Doe's 333 Motion for Judgment of Dismissal is set for **9/29/2025 at 10:00 AM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Kari A. Dooley. (Rathburn, E) (Entered: 09/11/2025) |
| 09/12/2025 | 387 | MOTION for Mario Cerame to Withdraw as Attorney by Saifullah Khan. Motions referred to Maria E. Garcia(Cerame, Mario) (Entered: 09/12/2025) |
| 09/15/2025 | 388 | ORDER granting 387 Motion to Withdraw as Attorney. Attorney Mario K. Cerame terminated. Signed by Judge Kari A. Dooley on 9/15/25. (Rathburn, E) (Entered: 09/15/2025) |
| 09/22/2025 | 389 | Consent MOTION to Continue by Saifullah Khan. Motions referred to Maria E. Garcia(Taubes, Alexander) (Entered: 09/22/2025) |
| 09/25/2025 | 390 | ORDER granting 389 Motion to Continue. The hearing scheduled for Monday September 29, 2025 is hereby canceled. The Court will set a telephonic status conference to reschedule the hearing as the Court is unavailable on the proposed date. Signed by Judge Kari A. Dooley on 9/25/25. (Rathburn, E) (Entered: 09/25/2025) |

| 09/25/2025 | 391 | SCHEDULING ORDER:Telephonic Scheduling Conference set for 10/2/2025 at 04:00 PM in Remote Setting before Judge Kari A. Dooley. The dial–in information is as follows: Conference Line: +1 203–684–6202, Conference ID: 377 036 10#. Signed by Judge Kari A. Dooley on 9/25/25.(Rathburn, E) (Entered: 09/25/2025) |
|---|---|---|
| 09/25/2025 | 392 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Scheduling Conference set for 10/2/2025 at 04:00 PM in Remote Setting before Judge Kari A. Dooley. Dial in information is as follows: Conference Number: +1 203–684–6202, Conference Id: 377 036 10#. (Rathburn, E) (Entered: 09/25/2025) |
| 10/02/2025 | 393 | NOTICE OF E–FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 9/29/25* The hearing on Defendant Doe's Motion for Judgment of Dismissal, ECF No. 333 is set for **12/22/2025 at 10:00 AM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Kari A. Dooley. (Rathburn, E) (Entered: 10/02/2025) |
| 10/02/2025 | 394 | Minute Entry for proceedings held before Judge Kari A. Dooley: Telephonic Scheduling Conference held on 10/2/2025. 9 minutes(Court Reporter Tracy Gow.) (Gould, K) (Entered: 10/03/2025) |
| 12/22/2025 | 395 | Minute Entry. Proceedings held before Judge Kari A. Dooley: taking under advisement 332 Motion for Judgment; Motion Hearing held on 12/22/2025 re 332 MOTION for Judgment filed by Jane Doe; Evidentiary Hearing held on 12/22/2025. Total Time: 2 hours and 58 minutes(Court Reporter Diana Huntington.) (Gould, K) (Entered: 12/22/2025) |
| 12/22/2025 | 396 | Marked Witness List (Gould, K) (Entered: 12/22/2025) |
| 01/30/2026 | 397 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on December 22, 2025 before Judge Kari A. Dooley. Court Reporter: Diana Huntington. **IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 2/20/2026. Redacted Transcript Deadline set for 3/2/2026. Release of Transcript Restriction set for 4/30/2026. (Huntington, D.) (Entered: 01/30/2026) |
| 03/27/2026 | 398 | ORDER granting 332 , 333 Motion to Dismiss. See attached. The Court can discern no lesser sanction to address the repeated and escalating misconduct by Plaintiff in this case. Seeing no viable path forward for a fair and just adjudication of the claims and defenses in this case, the Motion to Dismiss is GRANTED. The Clerk of the Court is directed to close this case. Signed by Judge Kari A. Dooley on 3/27/26. (Rathburn, E) (Entered: 03/27/2026) |
| 03/27/2026 | 399 | ORDER finding as moot 344 Motion to Compel; finding as moot 349 Motion to Compel; finding as moot 294 Motion to Compel; finding as moot 322 Motion to Compel; finding as moot 325 Motion to Compel; finding as moot 327 Motion to Compel; finding as moot 335 Motion to Compel in light of the granting of the Motion to Dismiss. ECF No. 332, 333, 398. Signed by Judge Maria E. Garcia on 3/27/26. (Esposito, A.) (Entered: 03/27/2026) |
| 03/30/2026 | 400 | JUDGMENT entered in favor of Unknown Persons, Yale University, Ann Kuhlman, Carole Goldberg, David Post, Jane Doe, Joe Gordon, Jonathon Halloway, Lynn Cooley, Mark Solomon, Marvin Chun, Paul Genecin, Peter Salovey, Sarah Demers, Stephanie Spangler against Saifullah Khan.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms/all–forms/appeals_forms Signed by Clerk on 3/30/2026.(Gould, K) (Entered: 03/30/2026) |

| 03/30/2026 | | JUDICIAL PROCEEDINGS SURVEY – FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi–bin/Dispatch.pl?survey<br>(Gould, K) (Entered: 03/30/2026) |
|---|---|---|
| 04/01/2026 | 401 | NOTICE OF APPEAL as to 398 Order on Motion for Judgment, 400 Judgment, by Saifullah Khan. Filing fee $ 605, receipt number ACTDC–8558303. (Taubes, Alexander) (Entered: 04/01/2026) |
| 04/02/2026 | 402 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 401 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: None. (Limberti, L) (Entered: 04/02/2026) |