## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Khan v. Yale University                    Docket No.: 26-830

Lead Counsel of Record (name/firm) or Pro se Party (name): Alexander T. Taubes, Esq.

Appearance for (party/designation): Plaintiff-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
(☐) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(☐) Correct
(☐) Incorrect.   The following parties do not wish to participate in this appeal:
        Parties: _____
(☐) Incorrect.   Please change the following parties' designations:
        Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
(☐) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____        Fax: _____
Email: _____

## RELATED CASES

(☐) This case has not been before this Court previously.
(✔) This case has been before this Court previously.   The short title, docket number, and citation are: _____
    21-95, Khan v. Yale University, 27 F.4th 805 (2022) & 85 F.4th 86 (2023); 24-2794, In re: Saifullah Khan, 2d Cir. Nov. 15, 2024
(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
August 29, 2023 _____ OR that (☐) I applied for admission on _____ or renewal on
_____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/Alexander T. Taubes
Type or Print Name: Alexander T. Taubes
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.