

**Giovanna Tiberii Weller**
Partner
Direct: 203-575-2651
Fax: 203-784-3199
GWeller@carmodylaw.com

195 Church Street
P.O. Box 1950
New Haven, CT 06510

August 5, 2026

United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE:     **26-830, *Saifullah Khan v. Yale University et al.***

Dear Clerk of the Court:

   This law firm represents Appellees Yale University, Peter Salovey, Jonathon Halloway, Marvin Chun, Joe Gordon, David Post, Mark Solomon, Ann Kuhlman, Lynn Cooley, Paul Genecin, Stephanie Spangler, Sarah Demers and Carole Goldberg in the above-referenced matter. This letter is to respectfully request a due date of November 2, 2026 (91 days) to file our brief in this matter.

Very truly yours,

Giovanna Tiberii Weller