## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Khan v. Yale University Docket No.: 26-830

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**


Name: Maria L. Laurato

Firm: Carmody Torrance Sandak & Hennessey LLP

Address: 195 Church Street, New Haven, CT 06509

Telephone: 203-777-5501 Fax: 203-784-3199

E-mail: mlaurato@carmodylaw.com


**Appearance for:** Defendants/Appellees: Yale University, 12 Individual Yale Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____________________)
(name/firm)

☐ Substitute counsel (replacing other counsel: ____________________)
(name/firm)

☑ Additional counsel (co-counsel with: Patrick M. Noonan and Giovanna Tiberii Weller, Carmody Torrance Sandak & Hennessey LLP)
(name/firm)

☐ Amicus (in support of: ____________________)
(party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on N/A OR

☐ I applied for admission on ____________________.

Signature of Counsel: [signature]

Type or Print Name: Maria L. Laurato